# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON INTERNATIONAL, INCORPORATED,<br><br>Defendant. | Case No. 1:22-cv-00701-DAD-BAK<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY CASES SHOULD NOT BE RELATED<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>**DEADLINE: AUGUST 12, 2022** |

Plaintiffs Matthew Peterson, Sadie Floding, Colin Strub, Brenda Carson, Jody Barry, Teischa Benson, Lynnetta Klam, and Lori Davies (collectively, "Plaintiffs") initiated this civil action on June 10, 2022, against Defendant Thomson International, Incorporated ("Defendant"). (ECF No. 1.) The matter is currently set for an initial scheduling conference on August 18, 2022. (ECF No. 4.) On August 4, 2022, the parties filed a joint scheduling report. (ECF No. 9.) Per the scheduling report, the parties indicate this matter is related to nine other cases currently pending before the Eastern District of California, in which plaintiffs allege injury arising from consumption of onions grown or packed by Thomson. (Id. at 7–8.)

To date, however, the parties have not filed a notice of related cases, despite the requirement to do so pursuant to Local Rule 123(b). E.D. Cal. L.R. 123(b). The Court shall therefore require the parties to show cause why this action should not be related to the

aforementioned cases.  Or, in the alternative, the parties may file a notice of related cases, in compliance with the Local Rules.  Further, the Court shall continue the scheduling conference currently set for August 18, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. **No later than August 12, 2022**, the parties shall either: (a) show cause in writing why this action should not be related to the cases identified in the parties' joint scheduling report; or (b) file a notice of related cases in compliance with Local Rule 123(b);

2. The scheduling conference set for August 18, 2022, is CONTINUED to **September 8, 2022**, at **9:00 a.m.**, in **Courtroom 9**; and

3. Absent further order of the Court, the parties shall not be required to file a new joint scheduling report prior to the conference.

IT IS SO ORDERED.

Dated:   **August 8, 2022**                                    _____
                                                                UNITED STATES MAGISTRATE JUDGE