# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, et al., | Case No. 1:22-cv-00701-DAD-BAK |
| Plaintiff, | ORDER GRANTING LINDSAY LIEN RINHOLEN'S *PRO HAC VICE* APPLICATION |
| v. | |
| THOMSON INTERNATIONAL, INCORPORATED, | (ECF No. 11) |
| Defendant. | |

The Court has read and considered the application of Lindsay Lien Rinholen, attorney for Plaintiffs, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 11.) Having reviewed the application, Lindsay Lien Rinholen's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **August 8, 2022**

UNITED STATES MAGISTRATE JUDGE

1