UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, et. al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>THOMSON INT'L, INC.,<br><br>               Defendant. | Case No. 1:22-cv-00701-JLT-CDB<br><br>**ORDER ON STIPULATION TO ADVANCE HEARING DATE FOR DEFENDANT THOMSON INTERNATIONAL, INC.'S MOTION TO AMEND RULE 16 SCHEDULING ORDER AS MODIFIED**<br><br>(ECF No. 51) |

Pending before the Court is the parties' stipulation, filed April 27, 2023 (ECF No. 51), seeking an order advancing the hearing date on Defendant's Motion to Amend Rule 16 Scheduling Order, from May 31, 2023, to May 9, 2023. Based on the Court's availability and for good cause appearing, the Court ORDERS that the motion hearing be continued to May 11, 2023, at 10:30 a.m. Counsel for all parties shall request Zoom videoconference information in advance from Courtroom Deputy Susan Hall (shall@caed.uscourts.gov). Any brief in opposition to Defendant's motion shall be filed no later than May 8, 2023.

IT IS SO ORDERED.

Dated: __**April 28, 2023**__                         _____

                                                            UNITED STATES MAGISTRATE JUDGE