UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, et al., | Case No. 1:22-cv-00701-JLT-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING EXPERT DISCOVERY DATES |
| v. | (Doc. 69) |
| THOMSON INTERNATIONAL, INC., | |
| Defendant. | |

**Background**

Plaintiffs initiated this action with the filing of a complaint against Defendant Thomson International, Inc. ("Defendant") on June 10, 2022 (Doc. 1). On August 18, 2022, the Court issued a scheduling order. (Doc. 19). On May 12, 2023, the Court granted Defendant's motion for extension of case management dates, which set the expert discovery cut-off date to April 15, 2024. (Doc. 56).

Pending before the Court is the parties' stipulated request to amend the scheduling order. (Doc. 69). The parties request a brief extension of the expert discovery cut-off date based on the parties' availabilities to appear for certain identified expert depositions. Other than this brief extension, the parties do not seek any other modifications of the scheduling order.

**Conclusion and Order**

For the forgoing reasons and for good cause appearing, it IS HEREBY ORDERED:

1

1. The deposition of defense expert Dr. Melvin Kramer shall be conducted by no later than **April 16, 2024**.
2. The deposition of defense expert Dr. Daniel Wallace shall be conducted by no later than **April 19, 2024**.

All other case management dates remain as previously scheduled.

IT IS SO ORDERED.

Dated: **April 1, 2024**

UNITED STATES MAGISTRATE JUDGE

2