1  Robert L. Sallander, Esq., (SBN 118352)
   rsallander@gpsllp.com
2  Helen H. Chen, Esq., (SBN 213150)
   hchen@gpsllp.com
3  GREENAN, PEFFER, SALLANDER & LALLY LLP
   2000 Crow Canyon Place, Suite 380
4  San Ramon, California 94583
   Telephone:  (925) 866-1000
5  Facsimile:  (925) 830-8787

6  Attorneys for Defendant
   THOMSON INTERNATIONAL, INC.
7

8             UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  MATTHEW PETERSON, et al.      | Case No.:   1:22-CV-00701 JLT CDB

12          Plaintiff(s),        | **DECLARATION OF ROBERT L.**

13      v.                | **SALLANDER SUPPORTING MOTION OF DEFENDANT THOMSON**

14  THOMSON INTERNATIONAL,     | **INTERNATIONAL, INC. TO DISMISS**
    INCORPORATED, a California corporation; | **PLAINTIFF CARSON BRENDA**

15  DOES 1-10, INCLUSIVE; and ROE
    ENTITIES 1-10, INCLUSIVE,    | Date:   August 6, 2024

16                   | Time:  8:30 a.m.
        Defendant(s).      | Dept.: Courtroom 4, 7th Floor

17                   |        2500 Tulare Street, Fresno, CA 93721

18                   | Judge:  Hon. Jennifer L. Thurston

19                   | Date Action Filed:      June 10, 2022
                 | Trial Date:               January 22, 2025

20

21      I, Robert L. Sallander, declare as follows:

22      1.    I am an attorney duly licensed to practice law in all the courts of California and the

23  Eastern District of California.  I am the Managing Partner at Greenan, Peffer, Sallander & Lally

24  LLP, attorneys for defendant Thomson International, Inc. ("Thomson") in the above-captioned

25  case.

26      2.    This declaration is submitted in support of Thomson's Motion to Dismiss Plaintiff

27  Carson Brenda.

28

Greenan,
Peffer,
Sallander &
Lally LLP

---

3.     I have personal knowledge of the matters set forth herein, and if called as a witness, I could testify as to each of the matters herein.

4.     Plaintiff Carson Brenda failed to produce a copy of his driver's license or a notarized version of his signed and executed CDC authorization form by February 19, 2024, and failed to appear for and complete his deposition by February 19, 2024.

5.     **Exhibit A** is a true and correct copy of meet & confer letter I sent to plaintiff Carson Brenda on May 23, 2024.

6.     Plaintiff Carson Brenda never responded to the meet & confer letter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 24th day of June, 2024 in San Ramon, California.

_____
Robert L. Sallander

Greenan,
Peffer,
Sallander &
Lally LLP

**DECL OF RLS SUPPORTING MTN OF DEF. THOMSON INTERNATIONAL, INC. TO DISMISS CARSON BRENDA**     Case No.:  1:22-CV-00701 JLT CDB

# EXHIBIT A

LAW OFFICES OF

# GREENAN, PEFFER,
# SALLANDER & LALLY LLP

2000 CROW CANYON PLACE, SUITE 380
POST OFFICE BOX 10
SAN RAMON, CALIFORNIA 94583

TELEPHONE
(925) 866-1000

FACSIMILE:
(925) 830-8787

WRITER'S E-MAIL ADDRESS:
RSALLANDER@GPSLLP.COM

WRITER'S DIRECT DIAL
925.866.1361

May 23, 2024

**<u>Via First Class Mail</u>**

Carson W. Brenda
19448 Brookside Way
Bend, OR 97702

      **Re:**    Matthew Peterson, et al. v. Thomson International, Inc.
             USDC Eastern District of California, Case No.: 1:22-cv-00701-JLT-CDB

Dear Mr. Brenda:

      This letter serves as defendant Thomson International, Inc.'s ("Thomson") meet & confer with you.

      As you know, on February 2, 2024, the court granted defendant's motion to compel. The court ordered that you produce a copy of your driver's license and a notarized version of your signed and executed CDC authorization no later than February 19, 2024. The court further ordered that you appear and complete your deposition no later than February 19, 2024. However, you did not produce the documents or appear for your deposition before the deadline.

      If you do not respond to the court order by May 30, 2024, Thomson will have to move to dismiss your claims. I'd appreciate the opportunity to discuss with you as to how you wish to proceed.

      Very truly yours,

      **GREENAN, PEFFER, SALLANDER & LALLY LLP**

      Robert L. Sallander

RLS:pc