Lindsay Lien Amin (PHV)
  lindsay@nicoletlaw.com
NICOLET LAW OFFICE S.C.
517 Second Street, Suite 205
Hudson, WI 54016
Telephone:  1-855-NICOLET

and

Eric Gruber
  eric@gruberlawgroup.com
GRUBER LAW GROUP
3626 Fair Oaks Boulevard, Suite 100
Sacramento, CA 95864
Phone: 415.868.5297
Fax: 415.325.5905

Attorneys for Plaintiffs

Robert L. Sallander, Esq., (SBN 118352)
  rsallander@gpsllp.com
Helen H. Chen, Esq., (SBN 213150)
  hchen@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
2000 Crow Canyon Place, Suite 380
San Ramon, California 94583
Telephone:  (925) 866-1000
Facsimile:  (925) 830-8787

Attorneys for Defendant(s)
THOMSON INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, SADIE FLODING, COLIN STRUB, CARSON BRENDA, JODY BARRY, TEISCHA BENSON, LYNNETTA KLAM, and LORI DAVIES,<br><br>Plaintiff(s),<br><br>v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, a California corporation; DOES 1-10, INCLUSIVE; and ROE ENTITIES 1-10, INCLUSIVE,<br><br>Defendant(s). | Case No.: 1:22-cv-00701 JLT-CDB<br><br>**JOINT REPORT**<br><br>Magistrate Judge: Christopher D. Baker<br><br>Date Action Filed:  June 10, 2022<br>Trial Date:  January 22, 2025 |

Pursuant to the Court's Minute Order dated June 27, 2024, Plaintiffs Matthew Peterson, Sadie Floding, Jody Barry, Teischa Benson, Lynnetta Klam, and Lori Davis, and Defendant Thomson International, Inc., through the undersigned counsel, offer this Joint Report.

Counsel for the aforementioned parties are available on the following dates for a Settlement Conference with Magistrate Judge Baker:

**September 5 – any time acceptable to the Court**

**September 10 – any time acceptable to the Court**

The aforementioned Plaintiffs additionally request that they be permitted to appear through counsel (appearing in person and with full settlement authority) or, if their active participation is required, virtually (through Zoom or telephone), as each of the Plaintiffs reside outside the State of California. Defendant Thomson International, Inc., does not object to this request.

**NICOLET LAW OFFICE S.C.**

Dated: 7/10/24      By:     s/ Lindsay C. Lien Amin
Lindsay Lien Amin (PHV)
517 Second Street, Suite 205
Hudson, WI 54016
Telephone:  1-855-NICOLET
Facsimile:  715-304-3651

and

**GRUBER LAW GROUP**

Eric Gruber, Esq.
3626 Fair Oaks Boulevard, Suite 100
Sacramento, CA 95864
Phone: 415.868.5297
Fax: 415.325.5905
Attorneys for Plaintiffs

|  |  |
|---|---|
|  | **GREENAN, PEFFER, SALLANDER & LALLY LLP** |
| Dated: July 10, 2024 | By :s/ Helen Chen (as authorized on 7/10/24)<br>Robert L. Sallander, Esq. SBN 118352<br>Helen H. Chen, Esq. SBN 213150<br>2000 Crow Canyon Place, Suite 380<br>P.O. Box 10<br>San Ramon, California 94583<br>Telephone: (925) 866-1000<br>Facsimile: (925) 830-8787 |
|  | Attorneys for Defendant |