1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MATTHEW PETERSON, *et al.*, | Case No.: 1:22-cv-00701-JLT-CDB |
| 12  Plaintiffs, | PRETRIAL ORDER |
| 13  v. | Deadlines: |
| 14  THOMSON INTERNATIONAL, INCORPORATED, | Motions in Limine Filing: **December 20, 2024** Oppositions to Motions in Limine: **January 3, 2025** Trial Submissions: **January 15, 2025** |
| 15 | |
| 16  Defendant. | Jury trial: January 22, 2025, at 8:30 a.m., 20 days estimate |
| 17 | |

18          On October 7, 2024, the Court conducted a final pretrial conference.  Lindsay C. Lien Amin

19   appeared as counsel for Plaintiffs; Robert Sallander, Robert Seeds and Helen Chen appeared as

20   counsel for Defendant.

21          This case concerns the 2020 North American Salmonella Newport outbreak, associated with

22   Thomson International Incorporated's onions grown in the central and southern valleys of California.

23   (*See* Compl., Doc. 1 at ¶ 23.)  Plaintiffs are seven individuals who contracted Salmonella infections

24   after consuming onions allegedly "produced and sourced by Defendant Thomson International[.]" (*Id.*

25   at 7–12.)[1]  Plaintiffs bring four causes of action against Defendant: (1) strict liability; (2) breach of

26   express and implied warranties; (3) negligence; and (4) negligence per se.  (*Id.* at 12–16.)  Plaintiffs

27

28   _____

[1] On July 15, 2024, the Court granted Defendants' Motion to Dismiss Plaintiff Carson Brenda from the instant action.  (Doc. 76.)

request economic and non-economic damages, as well as medical expenses.  (*Id.* at 16–17.)  Plaintiffs also request pre-judgment and post-judgment interest.  (*Id.* at 17.)

**A.    JURISDICTION/ VENUE**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332 based on diversity jurisdiction.  In addition, Defendant resides in Bakersfield, California.  (Doc. 1 at ¶ 9.)  Accordingly, venue is proper in the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1391(b)(1).

**B.    JURY TRIAL**

The parties demanded a jury trial in this matter.  (Doc. 1 at 17; Doc. 82 at 2.)  The jury trial will consist of eight jurors.

**C.    UNDISPUTED FACTS**

The parties have provided a statement of undisputed facts, recited below.  (Doc. 82 at 2–7.)

1. Thomson grew and sold onions in 2020 ("Thomson onions").

2. The Thomson onions were grown in various fields in Holtville and Bakersfield, California.

3. Salmonella enterica serotype Newport is a bacteria that causes illness in humans.

4. Salmonella (via human or animal fecal material) can contaminate many types of foods.

5. Onions contaminated with Salmonella Newport are harmful when consumed by humans.

6. Produce containing Salmonella is considered adulterated under the Food, Drug and Cosmetic Act.

7. Symptoms of Salmonella typically occur within six hours to six days following ingestion, and commonly consist of diarrhea, nausea, vomiting, fever, and abdominal cramping, but can be more severe.

8. Salmonella is a reportable disease.

9. FDA traceback efforts focused on restaurant clusters.

10. CDC Cluster Code "2007MLJJP-1" refers to an outbreak of *Salmonella* Newport.

11. The total number of US cases associated with the cluster was 1,127.

2

12. Inspections of Thomson facilities were conducted in August and September 2020.

13. Some Thomson onions were packed in the field.

14. Thomson shipped Thomson onions to Sysco Montana.

15. Sadie Floding[2] became ill with Salmonella.

16. Lynnetta Klam became ill with Salmonella.

17. Teischa Benson became ill with Salmonella.

18. Jody Barry became ill with Salmonella.

19. Lori Davies became ill with Salmonella.

20. Matthew Peterson became ill with Salmonella.

21. Colin Strub became ill with Salmonella.

22. This case arises from the same 2020 Salmonella Newport outbreak that was the subject of plaintiffs' claims in *Angelo v. Thomson International Inc.*, case no. 1:21-CV-01609-JLT-CDB.  Judgment in *Angelo* was entered in favor of Thomson on July 19, 2024.

23. Thomson is a family-owned business that has been farming in Bakersfield since 1893. It has grown onions, and other crops, in Bakersfield and Holtville, California.

24. In 2020, Thomson had about 300 acres of onions in cultivation.

25. As in prior years, Thomson had a food safety program in place that was audited by Primus, a leading independent third-party auditor.

26. Approximately 80 percent of Thomson's 2020 onion crop, which included yellow, sweet yellow, red, and white onion varieties, were brokered by Onions 52, a Utah-based onion grower, packer, and seller, and KOR Produce, a Pennsylvania-based broker.

27. At the time, Onions 52 was brokering for five other onion growers and receiving their onions into the same facilities where it handled Thomson's onions.

28. On July 10, 2020, the U.S. Centers for Disease Control and Prevention ("CDC") identified an outbreak of Salmonella Newport infections, but had not identified a specific

---

[2] Sadie Floding now uses the name Sadie Merkel.  (Doc. 82 at 11.)

3

food, grocery store, or restaurant as the source of the outbreak. The outbreak was assigned the identity, CDC cluster code 2007MLJJP-1. By then, the outbreak had peaked.

29. The FDA contacted Thomson as part of its investigation.

30. The FDA investigation of Thomson's farms and packing houses took place from August 3 to approximately September 18, 2020. As part of its ongoing investigation, the FDA, with the assistance of the California Department of Public Health, sent a team of inspectors to Thomson's packing facility and growing fields.

31. They gathered nearly 2,000 samples for laboratory testing.

32. The inspection teams spent approximately 150 hours examining and taking environmental samples.

33. The inspectors did not take water samples from the canal used to irrigate Thomson's field in Holtville. The canal was dry at the time of inspection. Water samples were from more distant canals.

34. Because of COVID, the inspectors required the packing house to be fully opened and for there to be no personnel present. Packing operations and customary maintenance and cleaning of the packing house were suspended.

35. The outbreak strain of Salmonella Newport has not been isolated in any TII onion, any product made with TII onions, in TII's packing facility, on its equipment, or at TII's growing fields.

36. No TII onion has tested positive for the outbreak strain of Salmonella Newport.

37. The FDA stated that "the *Salmonella* Newport outbreak strain (specific whole genome sequence [WGS]) was not identified in any of the nearly 2,000 subsamples tested."

38. The FDA stated that "a conclusive root cause of the outbreak could not be identified."

39. The FDA failed to follow up where the case exposure was at Subway retail units (not supplied by Thomson), where the FDA could not explain the exposures.

40. The FDA conducted no sampling or environmental inspection of Onions 52, Hartley

Produce, or other farms that supplied them onions.

41. WGS is the subtyping of bacterial isolate that is submitted by culture-positive ill persons, and is performed within the PulseNet molecular laboratory surveillance system headed by the CDC.

42. WGS is performed by sequencing the DNA or "genomic makeup" of each Salmonella isolate. Genomes from culture-positive patients, food, and environmental isolates are compared through sequencing to determine whether they are genetically similar.

43. The first step in epidemiological investigations is to contact caregivers or case patients with the outbreak strain without delay in order to gather information about food and beverages consumed in the several days before the case patient fell ill.

44. In the 2020 Salmonella Newport outbreak, early case patient interviews indicated Mexican-style foods, with several subclusters associated with Mexican-style restaurants identified, prompting supplementary interviews and questionnaires focusing on Mexican-style food and food ingredients.

45. Other exposures assessed were white and yellow onions, red, round tomatoes, Roma tomatoes, green peppers, hot peppers, cilantro, and ground beef, which were identified in 3, 4, 4, 2, 4, 3, 6, and 5 subclusters, respectively.

46. Most of Thomson's customers were wholesalers that place orders with TII by email or telephone. Thomson did not sell its onions directly to retailers outside of Southern California.

47. Thomson did not deliver or ship the vast majority of its produce to customers.

48. Purchasers made their own arrangements to pick up and transport produce from Thomson's Bakersfield, CA facility.

49. Thomson provided its produce to these purchasers FOB.

50. Though unnecessary for Thomson's purposes, customers may have sometimes listed a "ship to" address on purchase orders.

51. Thomson keeps records of any "ship to" addresses provided by its customers.

52. Neither HelloFresh nor EveryPlate was a TII customer in 2020.

53. TII did not arrange transportation for shipment of TII product to HelloFresh or EveryPlate in 2020.

54. EveryPlate did not purchase onions from Thomson.

55. EveryPlate had 32 suppliers of onions for its meal kit products in 2020, none of which was Thomson.

56. None of EveryPlate's suppliers for meal kits in 2020 was HelloFresh.

57. EveryPlate submitted purchase orders to its suppliers for a given week.

58. The onions were shipped by the suppliers to EveryPlate's various distribution centers.

59. Subway was not a TII customer in 2020.

60. Thomson did not ship onions to Great Wolf Lodge in Washington where plaintiff Mathew Peterson allegedly ate a sandwich with onions.

61. Thomson did not ship onions to Jimmy John's in Helena, Montana where plaintiff Sadie Floding allegedly ate a sandwich with onion rings.

62. Thomson did not ship onions to Bert & Ernies in Helena, Montana where plaintiff Sadie Floding allegedly ate a sandwich with red onions.

63. Thomson did not ship onions to Amazon from which plaintiff Colin Strub allegedly bought a red onion.  Amazon was not a TII distributor.

64. Thomson did not ship onions to Bajio Mexican restaurant in Portland, Oregon where plaintiff Jody Barry allegedly ate street tacos with white or yellow onions.

65. Thomson did not ship onions to MOD Pizza in Gresham, Oregon where plaintiff Jody Barry allegedly ate a pizza with cooked onions.

66. Thomson did not ship onions to La Tienda De Guadalupe in Gresham, Oregon where plaintiff Jody Barry allegedly ate salsa containing onions.

67. Thomson did not ship onions to KFC in Great Falls, Montana where plaintiff Teischa Benson allegedly ate a King Burger with onions.

68. Thomson did not ship onions to IGA in Great Falls, Montana where plaintiff Teischa

6

Benson allegedly bought red onions.

69. There is no evidence showing where the church members from plaintiff Teischa Benson's church purchased the onions served at a potluck.

70. Thomson did not ship onions to Sobeys in Calgary, Alberta, Canada where plaintiff Lynnetta Klam's daughter allegedly bought toppings for a home-made pizza.

71. Properly cooking onions kills any Salmonella so that a person consuming it would not become ill.

72. Thomson did not ship onions to Fat Bass in Priest River, Idaho where plaintiff Lori Davies allegedly ate a hamburger with onions.

73. Thomson did not ship onions to Dish in Priest River, Idaho where plaintiff Lori Davies allegedly ate a fish taco with onions.

74. Thomson did not ship onions to Blu Olive in Portland, Oregon where plaintiff Lori Davies allegedly ate a salad with red onions.

**D.    DISPUTED FACTS**

The parties have provided the following list of facts in dispute.

1. Thomson's personnel were trained in food safety.

2. Michelson Laboratories, Inc. tested Thomson's irrigation water annually during the growing season and did not detect Salmonella.

3. Onions 52 took physical possession of approximately 20 percent—as many as four million pounds—of the onions it sold from Thomson and repacked them before distribution to others.

4. On July 13, 2020, PulseNet notified FDA of a cluster of 134 Salmonella Newport illnesses from 16 states. By this time TII had not shipped onions to nine of the listed states.

5. As of July 20, 2020, the only food items consumed by outbreak cases that were significant when compared to the Food Net Population Survey were cilantro and leafy greens.

7

6. On July 20, 2020, the notable exposures from SEDRIC did not include onions and were leafy greens, cheese, beef, chicken, tomatoes, and cilantro.

7. As of July 21, 2020, microbiological and epidemiological information were unable to identify a single suspect vehicle.

8. Information from points of service did not indicate if Thomson onions were the onions that were consumed by the cases.

9. No outbreak clusters were in Southern California.

10. The amount in controversy and the cause of plaintiffs' illnesses and damages.

11. Thomson introduced Salmonella contaminated onions into the stream of commerce, regardless of where the onions were initially picked up.

12. Thomson's annual sales were approximately $10 million.

13. Thomson onions were shipped via other entities to the lower 48 states and several Canadian provinces.

14. Salmonella infections can be associated with several long-term sequelae, such as post-infectious bowel changes.

15. When a human tests positive for Salmonella, the health care provider is required to submit the sick person's Salmonella isolate for analysis by public health officials.

16. Public health entities at the state level may perform testing called whole genome sequencing on Salmonella isolates.

17. In June 2020, public health officials noticed an increase in closely related human Salmonella Newport cases ("the outbreak strain").

18. Some individuals with the outbreak strain were interviewed by public health workers to determine their possible exposures.

19. As data was amassed, both Canadian and U.S. investigations independently began to show a significant correlation between infection with the outbreak strain and consumption of foods containing bulb onion or red onion in the incubation period.

20. Data from sick individuals was compared to baseline data for average consumption over

8

a given period (FoodNet Population Surveys).

21. Binomial comparisons of exposure to onions were statistically significant with this baseline data.

22. A number of individuals sickened with the outbreak strain in Canada lived in long-term care facilities or nursing homes.

23. Canadian officials gathered supply records for these facilities.

24. Multiple care facilities used the same supplier, which had supplied the long-term care facilities with Thomson onions.

25. Canadian traceback efforts determined that Thomson onions were a commonality among onions supplied to locations that individuals sickened with the outbreak strain reported consuming onions at during the incubation period.

26. Four Montana restaurants (Choppers, Doc Holliday's Roadhouse, Las Margaritas, and MT Pints) that individuals sickened with the outbreak strain had eaten at during the incubation period were supplied by Sysco Montana and each had been supplied with Thomson onions.

27. Four Oregon food service locations who individuals sickened with the outbreak strain had eaten at during the incubation period were supplied by Sysco Portland, and each location was supplied with Thomson onions.

28. One Arizona restaurant that individuals sickened with the outbreak strain had eaten at during the incubation period was supplied by Sysco Arizona and had been supplied with Thomson onions.

29. One food service location that individuals sickened with the outbreak strain had eaten at during the incubation period, supplied by Minkus Family Farms, had been supplied with Thomson Onions.

30. The Public Health Agency of Canada (PHAC) and the Canadian Food Inspection Agency (CFIA) used the outbreak number 2007NewWGS-1MP.

31. The total number of Canadian cases associated with the cluster was 515.

9

32. Public health officials did not test any onions consumed by the Plaintiffs, as they had been consumed by the time of the investigation.

33. Thomson International had several food safety violations at the time of the outbreak that could have served as a vehicle for introduction or proliferation of *Salmonella* in the Thomson onions.

34. Thomson irrigated using untreated surface water in 2020.

35. Thomson had a tail water pond incident in 2020.

36. Thomson packaged onions in Bakersfield using the same equipment it packed onions in Holtville.

37. Some Thomson facilities had evidence of animal intrusion.

38. Environmental samples from Thomson's Holtville, California location identified twenty-two subsamples positive for Salmonella, including multiple isolates of Salmonella Newport. The outbreak strain was not recovered.

39. Environmental sampling at the Bakersfield, California locations produced five subsamples positive for Salmonella but not Salmonella Newport.

40. Positive environmental test results demonstrate the presence of closely related enteric pathogens in the environment even though on-farm investigation and sampling took place well after the growing season when active farm operations had shifted away from growing, harvesting, and distribution of onions.

41. A July 2021 water test performed by Michelson Laboratories, Inc., for Thomson International, Inc., returned a positive result for Salmonella.

42. Sadie Floding purchased a sandwich containing onions from a restaurant called Bert and Ernies.

43. Bert and Ernies used Thomson onions supplied by Sysco Montana.

44. Thomson onions were also shipped to Montana via other entities.

45. Sadie Floding reported eating foods containing onions prior to getting sick.

46. As a result of her Salmonella infection, Sadie Floding required medical care and incurred

10

medical bills, and also felt physically unwell.

47. Following her acute Salmonella infection, Sadie Floding experienced a change in her bowel habits.

48. Plaintiff Sadie Merkel (formerly Floding)'s 2020 Salmonella s isolate's whole genome sequencing was identified as part of outbreak 2007MLJJP-1 by CDC.

49. Plaintiff Sadie Floding had, and still has, ancillary, unrelated medical issues after treatment of her Salmonella infection in July 2020.

50. Thomson shipped onions to entities that exported the Thomson onions to Canada.

51. Thomson onions were supplied to several entities in the province of Alberta.

52. Lynnetta Klam reported eating onions in the week prior to becoming ill.

53. Specifically, Lynnetta Klam consumed a homemade pizza containing onions prior to her illness onset.

54. As a result of her Salmonella infection, Lynnetta Klam required medical care and felt physically unwell.

55. Following her acute Salmonella infection, Lynnetta Klam experienced a change in her bowel habits.

56. Lynnetta Klam's Salmonella isolate is included in the multinational outbreak 2007MLJJP-1/2007NewWGS-1MP.

57. Plaintiff Lynnetta Klam had, and still has, ancillary, unrelated medical issues after treatment of her Salmonella infection in July 2020.

58. Thomson shipped onions to entities that supplied the onions to several entities in the State of Oregon.

59. Jody Barry reported eating onions in the week prior to July 10, 2020.

60. As a result of her Salmonella infection, Jody Barry required medical care and incurred medical bills, and also felt physically unwell.

61. Jody Barry remained ill into August 2020, reporting elevated stress and fatigue.

62. Jody Barry's 2020 Salmonella isolate's whole genome sequencing was identified as part

11

of outbreak 2007MLJJP-1 by CDC.

63. Thomson shipped onions to entities that supplied the onions to several entities in the States of Oregon and Idaho.

64. Lori Davies reported eating onions in the week prior to July 5, 2020.

65. As a result of her Salmonella infection, Lori Davies required medical care and incurred medical bills, and also felt physically unwell.

66. Following her acute Salmonella infection, Lori Davies experienced hair loss, post-infectious bowel changes, and mast cell activation symptom exacerbation.

67. Lori Davies' 2020 Salmonella isolate's whole genome sequencing was identified as part of PulseNet Cluster 2007MLJJP-1 by CDC.

68. Plaintiff Lori Davies had, and still has, ancillary, unrelated medical issues after her three-day hospitalization in July 2020 due to her Salmonella infection.

69. Thomson shipped onions to entities that supplied the onions to several entities in the States of Oregon and Idaho.

70. Matthew Peterson reported eating onions in the week prior to July 3, 2020.

71. As a result of her Salmonella infection, Matthew Peterson required medical care and incurred medical bills, and also felt physically unwell.

72. Plaintiff Matthew Peterson's 2020 Salmonella isolate's whole genome sequencing was identified as part of PulseNet Cluster 2007MLJJP-1 by CDC.

73. Plaintiff Matthew Peterson had, and still has, ancillary, unrelated medical issues after treatment of his Salmonella infection in July 2020.

74. Thomson shipped onions to entities that supplied the onions to several entities in the State of Montana.

75. Teischa Benson reported eating onions in the week prior to becoming ill on July 10, 2020.

76. Teischa Benson became ill with Salmonella Newport.

77. As a result of her Salmonella infection, Teischa Benson required medical care and incurred medical bills, and also felt physically unwell.

78. Teischa Benson's 2020 Salmonella isolate's whole genome sequencing was identified as part of outbreak 2007MLJJP-1 by CDC.

79. Thomson shipped onions to entities that supplied the onions to several entities in the State of Colorado.

80. Colin Strub reported eating onions in the week prior to June 25, 2020.

81. Colin Strub became ill with Salmonella Newport.

82. As a result of his Salmonella infection, Colin Strub required medical care and incurred medical bills, and also felt physically unwell.

83. Following his acute Salmonella infection, Colin Strub developed post-infectious irritable bowel syndrome.

84. Plaintiff Colin Strub is a confirmed 2020 Salmonella Newport outbreak case of CDC cluster code 2007MLJJP-1.

85. Plaintiff Colin Strub had, and still has, ancillary, unrelated medical issues after treatment of his Salmonella infection in July 2020.

**E.     DISPUTED EVIDENTIARY ISSUES/MOTIONS IN LIMINE**

Both parties intend to file motions in limine regarding the evidence to be used at trial. The purpose of a motion in limine is to establish in advance of the trial that certain evidence should not be offered at trial. "Although the Federal Rules of Evidence do not explicitly authorize in limine rulings, the practice has developed pursuant to the district court's inherent authority to manage the course of trials." *Luce v. United States*, 469 U.S. 38, 40 n.2 (1984); *Jonasson v. Lutheran Child and Family Services*, 115 F. 3d 436, 440 (7th Cir. 1997). The Court will grant a motion in limine, and thereby bar use of the evidence in question, only if the moving party establishes that the evidence clearly is not admissible for any valid purpose. *Id*. The court does not encourage the filing of motions in limine unless they are addressed to issues that can realistically be resolved by the court prior to trial and without reference to the other evidence which will be introduced by the parties at trial.

**In advance of filing any motion in limine, counsel SHALL meet and confer to determine whether they can resolve any disputes and avoid filing motions in limine. Along with their motions in limine, the parties SHALL file a certification demonstrating counsel have in good**

13

1  **faith met and conferred and attempted to resolve the dispute.  Failure to provide the**

2  **certification may result in the Court refusing to entertain the motion.**

3      Any motions in limine must be filed with the Court no later than **December 20, 2024**.  The

4  motion must clearly identify the nature of the evidence that the moving party seeks to prohibit the

5  other side from offering at trial.  Any opposition to the motion must be served on the other party and

6  filed with the Court no later than **January 3, 2025**.  Upon receipt of any opposition briefs, the court

7  will notify the parties if it will hold a hearing on the motions in limine.

8      **1.  Plaintiffs:**

9      Plaintiffs represent that they intend to move in limine to admit FDA, CDC, and Canadian

10  records as public records under Federal Rule of Evidence 803(8).  (Doc. 82 at 13–14.)  Additionally,

11  Plaintiffs state that they will move in limine to prohibit, exclude, or limit:  (1) references to possible

12  contamination of Thomson's onions at locations other than Thomson's facilities; (2) reference to

13  investigations in Michigan; (3) the anticipated testimony of Dr. Melvin Kramer under Federal Rules of

14  Evidence 702 or 403; (4) the expected testimony of Dr. Martin Wiedmann; and (5) any reference to

15  substance abuse, treatment, mental health and counseling records, or medical records pertaining to

16  reproductive health.  (*Id.* at 14.)  Plaintiffs may file additional motions in limine.  (*Id.*)

17      **2.  Defendant:**

18  Thomson intends to file motions in limine to exclude the following categories of evidence:

19      1.    Recalls of Thomson onions, under FRE 403 and 407;

20      2.    Plaintiffs' Medical Records as inadmissible hearsay;

21      3.    Plaintiffs' testimony that they had Salmonella, that they had the outbreak strain, and

22          that they were sickened by Thomson onions;

23      4.    Testimony from Plaintiffs' expert, Dr. Dunn, including (a) his opinion that Thomson

24          was the source of the outbreak strain, and (b) Dunn's testimony that Plaintiff Colin

25          Strub's Salmonella infection resulted from exposure to Thomson's onions;

26      5.    Evidence that Plaintiffs tested positive for the outbreak strain;

27      6.    Testimony about possible causes of contamination of Thomson's onions;

28      7.    Opinions from any government agency or investigator about the cause of the 2020

1        Salmonella Newport outbreak or its alleged link to onions, including onions from

2        Thomson;

3      8.      The CDC line list of Plaintiff Colin Strub; and

4      9.      Tests performed by Michelson Laboratories, Inc. for Thomson after August 1, 2020 as

5        irrelevant under FRE 403.

6 (Doc. 82 at 15–16.)

7 **F.**      **SPECIAL FACTUAL INFORMATION**

8     1.   <u>General Nature of Accident (E.D. Cal. L.R. 281(b)(6)(iv)(A)):</u>

9       a.   This case arises out of a 2020 outbreak of Salmonella Newport that various public

10        health authorities linked to Defendant's onions. The outbreak sickened individuals in

11        48 states. Plaintiffs allege that they were exposed to Defendant's contaminated onions

12        and developed Salmonella Newport illnesses. Plaintiffs contend that Defendant failed

13        to follow proper industry standards to prevent its products from becoming

14        contaminated. Plaintiffs assert claims of strict products liability, breach of warranty,

15        and negligence, as well as negligence per se claims in connection with Thomson's

16        production and sale of onions contaminated with Salmonella Newport. Plaintiffs all

17        allege they sustained Salmonella by consuming Defendant's contaminated onions.

18        Because this matter involves product liability claims, strict liability applies. As in the

19        *Angelo v. Thomson* case, only the strict liability claim should be submitted to the jury.

20     2.   <u>Specific Information Regarding Each Plaintiff (E.D. Cal. L.R. 281(b)(6)(iv)(B)):</u>

21       a.   Plaintiff Jody Barry is 55 years old.  Jody sustained a Salmonella infection,

22        experiencing elevated stress and fatigue.  She had no prior injuries and incurred

23        $11,475.40 in expected past and future medical expenses.  She was at least partially

24        disabled between July and September of 2020.  She is not raising a wage loss claim.

25       b.   Plaintiff Teischa Benson is 31 years old.  Teischa sustained a Salmonella infection.

26        Teischa had no prior injuries, incurred $3,913.19 in expected past and future medical

27        expenses, and was at least partially disabled in July 2020.  Teischa is not raising a wage

28        loss claim.

c.  Plaintiff Lori Davies is 52 years old.  Davis sustained a Salmonella infection, sepsis, hair loss, post-infectious irritable bowel syndrome/SIBO, bloating and pain.  She suffered worsened polyarthritis in her hands, feet, and legs, and worsened mast cell activation.  Davies incurred $18,373.66 in expected past and future medical expenses.  She expects future treatment to include visits to specialists who treat IBS and various IBS treatments.  Davies has been at least partially disabled from July 2020 until the present.  Davies is not raising a wage loss claim.

d.  Plaintiff Sadie Floding is 28 years old.  Floding sustained a Salmonella infection and post-infectious irritable bowel syndrome.  She had no prior injury or condition.  She has incurred $5,813.69 in past and future medical expenses and expects future treatment to include visits to specialists who treat IBS and various IBS treatments.  She has been at least partially disabled from July 2020 until present.  Floding is not raising a wage loss claim.

e.  Plaintiff Lynnetta Klam is 62 years old.  She sustained a Salmonella infection, post-infectious irritable bowel syndrome, bloating, and pain.  She has not stated an amount in past or expected future medical expenses.  She expects future treatment to include visits to specialists who treat IBS, and various treatments for IBS.  She has been disabled from July 2020 until the present.  Klam is not raising a wage loss claim.

f.  Plaintiff Matthew Peterson is 35 years old.  He sustained a Salmonella infection.  Peterson had no prior injury or condition.  He has incurred $7,194.00 in past and future medical expenses and was at least partially disabled between July and August of 2020.  Peterson is not raising a wage loss claim.

g.  Plaintiff Colin Strub is 45 years old.  He sustained a Salmonella infection, post-infectious irritable bowel syndrome, bloating, and pain.  He experienced a worsening of his prior condition of Gastroesophageal reflux disease ("GERD") with esophagitis and Shatzkis ring.  Strub has incurred $117,708.54 in past and future medical expenses and expects to have medical bills related to the treatment of his post-infectious IBS, and the management thereof.  He has been at least partially disabled from July 2020 until the

16

present.  He is not raising a wage loss claim.

**G.    RELIEF SOUGHT**

Plaintiffs seek compensatory damages for past and future medical expenses, lost income, and general damages including pain, suffering, mental and physical discomfort, emotional distress, loss of enjoyment of life, diminished quality of life, and other non-economic damages.  Defendant has not made a specific request for relief in the parties' Joint Pretrial Statement.

**H.    ABANDONED ISSUES**

The following affirmative defenses have been abandoned by Defendant Thomson International:  Failure to State a Claim; Failure to Mitigate; Performance; No Warranties; and Failure to Join Necessary Parties.

**I.    WITNESSES**

1.    The following is a list of witnesses that the parties expect to call at trial, including rebuttal and impeachment witnesses.  NO WITNESS, OTHER THAN THOSE LISTED IN THIS SECTION, MAY BE CALLED AT TRIAL UNLESS THE PARTIES STIPULATE OR UPON A SHOWING THAT THIS ORDER SHOULD BE MODIFIED TO PREVENT "MANIFEST INJUSTICE."  Fed. R. Civ. P. 16(e); Local Rule 281(b)(10).

    *1.    Plaintiffs' Witnesses*

        1.  Jack Thomson

        2.  Nancy Anspach

        3.  Shantee Bonilla

        4.  Neftali Hernandez

        5.  Nancy Lugo

        6.  David Marquez

        7.  Trevor Flint, or other Onions 52 Designee

        8.  John R. Dunn, DVM, Ph.D.

        9.  Theodoros Kelesidis, MD, MSc, PhD

        10. Myung (Scott) Choi, MD

        11. Zachary D. McCormic

12. Marjorie Schultz

13. Christian Bond

14. Sadie Floding Merkel

15. Ronell Floding

16. Steve Floding

17. Tucker Merkel

18. Toby Dewolf – Owner, Bert & Ernies

19. Sysco Montana designee

20. Diane P Nowak, MD

21. Lynnetta Klam

22. Paul Forgues

23. Ashley Davis

24. Matthew Davis

25. William Lau, MD

26. David Gaunt

27. Dennis Todoruk MD

28. Lance Honish MSc

29. Jody Barry

30. Rob Barry

31. Vincent Barry

32. Jake Barry

33. Paul V Podett, MD

34. Lori Davies

35. Lee Davies

36. Joseph Davies

37. Owen Davies

38. Karl Kaluza, DO

39. Kursteen Price, MD

40. Matthew Peterson

41. Celina Fugate

42. Tracey Frost

43. Josh Purcell

44. Raagav Mohanakrishnan, MD

45. Teischa Benson

46. Aaron Benson

47. Tim Stinton, PA-C

48. Colin Strub

49. Brita Strub

50. Daniel Siegel, MD

51. Hanna M Kraus, MD

52. Isaac D Pierre, MD

53. Christopher Paul Schultz, MD

54. Records custodians for Plaintiffs' medical providers to provide foundation for medical records and bills

55. Employees or agents of FDA to provide evidentiary foundation for FDA records

56. Employees or agents of CDC to provide evidentiary foundation for CDC records

57. Employees or agents of California Department of Public Health to provide foundation for CDPH records

58. Employees or agents of PHAC to provide foundation for PHAC records

59. Employees or agents of Alberta Health Services to provide foundation for Alberta Health Services records.

60. Employees or agents of CFIA to provide foundation for CFIA records

61. Employees or agents of entities in the chain of distribution, including customers identified by Thomson International, entities or individuals named in shipping

documents, or entities named by Onions 52, Inc., or Sysco-related entities, and any downstream recipient of recalled Thomson International onions or products containing Thomson onions.

2.    *Defendant's Witnesses*

1.  Jack Thomson

2.  Elaine Thomson

3.  Nancy Anspach

4.  Nancy Lugo

5.  Shantee Bonilla

6.  Neftali Hernandez

7.  David Marquez

8.  Aaron Kaiser, Michelson Laboratories, Inc. of Northern California

9.  Ambre Sharkey, Primus

10. Expert Witness, Martin Wiedmann, Dr. med. vet, Ph.D.

11. Expert Witness, Melvin Kramer, Ph.D., M.P.H.

12. Expert Witness, Daniel Coto, M.P.H., R.E.H.S.

13. Expert Witness, Stephen Blackwell, M.S., R.E.H.S.

14. Expert Witness, Jonathan Ellis, M.D., F.A.C.P. , Q.M.E.

15. Expert Witness, Daniel Wallace, M.D., F.A.C.P., M.A.C.R

2.    **The court does not allow undisclosed witnesses to be called for any purpose, including impeachment or rebuttal, unless they meet the following criteria**:

a.    The party offering the witness demonstrates that the witness is for the purpose of rebutting evidence that could not be reasonably anticipated at the pretrial conference, or

b.    The witness was discovered after the pretrial conference and the proffering party makes the showing required in paragraph B, below.

3.    Upon the post pretrial discovery of any witness a party wishes to present at trial, the party shall promptly inform the court and opposing parties of the existence of the unlisted witnesses so the

court may consider whether the witnesses shall be permitted to testify at trial.  The witnesses will not be permitted unless:

    a.   The witness could not reasonably have been discovered prior to the discovery cutoff;

    b.   The court and opposing parties were promptly notified upon discovery of the witness;

    c.   If time permitted, the party proffered the witness for deposition; and

    d.   If time did not permit, a reasonable summary of the witness's testimony was provided to opposing parties.

## J.  EXHIBITS, SCHEDULES AND SUMMARIES

Plaintiffs' Exhibits are those listed in Plaintiffs' Exhibit A, as attached to the parties' Joint Pretrial Statement.  (Ex. A, Doc. 82-1.)  The Court incorporates Plaintiffs' Exhibit List by reference and will refer to them as "Attachment A" to this Order.

Defendant's Exhibits are those listed in Exhibit B to the parties' Joint Pretrial Statement, as attached to the parties' Joint Pretrial Statement.  (Ex. B, Doc. 82-2.)  The Court incorporates Defendant's Exhibit List by reference and will refer to them as "Attachment B" to this Order.

NO EXHIBIT, OTHER THAN THOSE LISTED IN ATTACHMENTS A-B, MAY BE ADMITTED UNLESS THE PARTIES STIPULATE OR UPON A SHOWING THAT THIS ORDER SHOULD BE MODIFIED TO PREVENT "MANIFEST INJUSTICE."  Fed. R. Civ. P. 16(e); Local Rule 281(b)(11).

1. **For a party to use an undisclosed exhibit for any purpose, they must meet the following criteria**:

    a.   The party proffering the exhibit demonstrates that the exhibit is for the purpose of rebutting evidence that could not have been reasonably anticipated, or

    b.   The exhibit was discovered after the issuance of this order and the proffering party makes the showing required in paragraph 2, below.

2. Upon the discovery of exhibits after the discovery cutoff, a party shall promptly inform the court and opposing parties of the existence of such exhibits so that the court may consider their admissibility at trial. The exhibits will not be received unless the proffering party demonstrates:

a. The exhibits could not reasonably have been discovered earlier;

b. The court and the opposing parties were promptly informed of their existence; and

c. The proffering party forwarded a copy of the exhibits (if physically possible) to the opposing party. If the exhibits may not be copied the proffering party must show that it has made the exhibits reasonably available for inspection by the opposing parties.

On or before **November 15, 2024** counsel **SHALL** meet and confer to discuss any disputes related to the above listed exhibits and to pre-mark and examine each other's exhibits.  Any exhibits not previously disclosed in discovery **SHALL** be provided via e-mail or overnight delivery so that it is received by the above exhibit exchange deadline.

1.     At the exhibit conference, counsel will determine whether there are objections to the admission of each of the exhibits and will prepare separate indexes; one listing joint exhibits, one listing Plaintiff's exhibits and one listing Defendant's exhibits.  In advance of the conference, counsel must have a complete set of their proposed exhibits to be able to fully discuss whether evidentiary objections exist.  Thus, any exhibit not previously provided in discovery **SHALL** be provided at least five court days in advance of the exhibit conference.

2.     At the conference, counsel shall identify any duplicate exhibits, i.e., any document which both sides desire to introduce into evidence.  These exhibits **SHALL** be marked as joint exhibits and numbered as directed above.  Joint exhibits **SHALL** be admitted into evidence upon introduction and motion of a party, without further foundation.

All joint exhibits will be pre-marked with numbers preceded by the designation "JT" (e.g. JT/1, JT/2, etc.).  Plaintiff's exhibits will be pre-marked with numbers beginning with 1 by the designation PX (e.g. PX1, PX2, etc.). Defendant's exhibits will be pre-marked with numbers beginning with 501 preceded by the designation DX (e.g. DX501, DX502, etc.). The parties SHALL number each page of any exhibit exceeding one page in length (e.g. PX1-1, PX1-2, PX1-3, etc.).

If originals of exhibits are unavailable, the parties may substitute legible copies. If any document is offered that is not fully legible, the Court may exclude it from evidence.

Each joint exhibit binder shall contain an index which is placed in the binder before the exhibits.  The index shall consist of a column for the exhibit number, one for a description of the

22

exhibit and one column entitled "Admitted in Evidence" (as shown in the example below).

**INDEX OF JOINT EXHIBITS**

| EXHIBIT# | DESCRIPTION | ADMITTED IN EVIDENCE |
|---|---|---|
|  |  |  |

3.      As to any exhibit which is not a joint exhibit but to which there is no objection to its introduction, the exhibit will likewise be appropriately marked, i.e., as PX1, or as DX501 and will be indexed as such on the index of the offering party.   Such exhibits will be admitted upon introduction and motion of the party, without further foundation.

4.      Each exhibit binder shall contain an index which is placed in the binder before the exhibits.   Each index shall consist of the exhibit number, the description of the exhibit and the three columns as shown in the example below.

**INDEX OF EXHIBITS**

| EXHIBIT# | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OBJECTION OTHER |
|---|---|---|---|---|
|  |  |  |  |  |

5.      On the index, as to exhibits to which the only objection is a lack of foundation, counsel will place a mark under the column heading entitled "Objection Foundation."

6.      On the index, as to exhibits to which there are objections to admissibility that are not based solely on a lack of foundation, counsel will place a mark under the column heading entitled "Other Objections."

7.      As to each exhibit which is not objected to in the index, it shall be marked and received into evidence and will require no further foundation.

After the exhibit conference, Plaintiff and counsel for the defendants **SHALL** develop four complete, legible sets of exhibits.  The parties **SHALL** deliver three sets of their exhibit binders to the Courtroom Clerk and provide one set to their opponent, no later than 4:00 p.m., on **January 16, 2025**. Counsel **SHALL** determine which of them will also provide three sets of the joint exhibits to the

Courtroom Clerk.

       7.     The Parties **SHALL** number each page of any exhibit exceeding one page in length.

**K.    POST-TRIAL EXHIBIT RETENTION**

**<u>Counsel who introduced exhibits at trial SHALL retrieve the original exhibits and the exhibit binders from the courtroom deputy following the verdict in the case. The parties' counsel SHALL retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted.</u>**

**L.    DISCOVERY DOCUMENTS**

      The following is a list of discovery documents – portions of depositions, answers to interrogatories, and responses to requests for admissions – that the parties expect to offer at trial. NO DISCOVERY DOCUMENT, OTHER THAN THOSE LISTED IN THIS SECTION, MAY BE ADMITTED UNLESS THE PARTIES STIPULATE OR UPON A SHOWING THAT THIS ORDER SHOULD BE MODIFIED TO PREVENT "MANIFEST INJUSTICE."  Fed. R. Civ. P. 16(e); Local Rule 281(b)(12).

      **1.  <u>Plaintiffs' Documents</u>**

      Plaintiffs intend to use Defendant's Answers to Interrogatories (all) and Responses to Requests for Admission. Plaintiffs also intend to use the deposition of Onions 52 in the event a witness is unavailable for trial.

      Plaintiffs intend to use portions of the videotaped depositions of Defendant's experts.

      Plaintiffs reserve the right to use any and all portions of depositions, answers to interrogatories, and responses to requests for admission for impeachment and/or rehabilitation purposes.

      **2.  <u>Defendant's Documents</u>**

      Defendant intends on proffering the following discovery documents for each Plaintiff at trial:

        a.  <u>**Jody Barry**</u>

           i.  Answers to Interrogatories, Set One, Nos. 3, 6, 12, 13, 14.

           ii.  Amended Answers to Interrogatories, Set One, No. 17.

           iii.  Response to Requests for Production, Set One, Nos. 1, 2, 5, 6, 7.

           iv. Amended Response to Request for Production, Set One, Nos. 14, 15.

      b. **Teischa Benson**

           i. Amended Answers to Interrogatories, Set One, No. 17.

           ii. Response to Request for Production, Set One, Nos. 1, 2, 5, 6, 7, 12, 14, 15.

           iii. Amended Response to Request for Production, Set One, Nos. 14, 15.

      c. **Lori Davies**

           i. Answers to Interrogatories, Set One, No. 6.

           ii. Response to Request for Production, Set One, No. 1, 2, 5, 6, 7, 12.

           iii. Amended Answers to Interrogatories, Set One, No. 17.

           iv. Amended Response to Request for Production, Set One, No. 14, 15.

      d. **Sadie Floding**

           i. Amended Answers to Interrogatories, Set One, No. 17.

           ii. Response to Request for Production, Nos. 1, 2, 5, 6, 7.

      e. **Lynnetta Klam**

           i. Answers to Interrogatories, Set One, No. 6.

           ii. Amended Answers to Interrogatories, Set One, No. 17.

           iii. Responses to Request for Production of Documents, Set One, Nos. 1, 2, 5, 6, 7, 14, 15.

           iv. Amended Responses to Request for Production of Documents, Set One, Nos. 14, 15.

      f. **Matthew Peterson**

           i. Answers to Interrogatories, Set One, No. 6.

           ii. Amended Answers to Interrogatories, Set One, No. 17.

           iii. Responses to Request for Production of Documents, Set One, Nos. 1, 2, 5, 6, 7, 12, 14, 15.

           iv. Amended Response to Request for Production of Documents, Set One, Nos. 14, 15.

      g. **Colin Strub**

i.   Amended Answers to Interrogatories, Set One, No. 17.

ii.  Responses to Request for Production of Documents, Set One, Nos. 1, 2, 5, 6, 7, 12.

Defendant also intends on proffering its own discovery responses at trial, specifically, Defendants' Responses to Plaintiffs' Interrogatories, Set One, Nos. 1–8.  Defendant reserves the right to use deposition testimonies and discovery responses other than those listed above.

**M.   FURTHER DISCOVERY OR MOTIONS**

No further discovery is sought by either party.

**N.   STIPULATIONS**

The parties have not agreed upon any stipulations.  Plaintiffs request stipulation to medical records and bills.

**O.   AMENDMENTS/ DISMISSALS**

Plaintiff Carson Brenda was dismissed from this case.  (Doc. 76.)

**P.   SETTLEMENT NEGOTIATIONS**

Thomson believes a settlement conference would not be helpful.

**Q.   AGREED STATEMENT**

In this case, plaintiffs all suffered from diarrhea during the summer of 2000. They contend it was caused by Salmonella infections caused by exposure to onions grown by defendant Thomson. Plaintiffs brought their case against Thomson seeking damages for their alleged injuries.

**R.   SEPARATE TRIAL OF ISSUES**

None requested at this time.

**S.   APPOINTMENT OF IMPARTIAL EXPERTS**

None requested.

**T.   ATTORNEYS' FEES**

The parties agree that each side is responsible for its own attorneys' fees.

**U.   TRIAL DATE/ ESTIMATED LENGTH OF TRIAL**

Jury trial is set for **<u>January 22, 2025</u>**, at 8:30 a.m. before the Honorable Jennifer L. Thurston at

the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California.  Trial is expected to last 20 days.

## V.     TRIAL PREPARATION AND SUBMISSIONS

### 1.     Trial Briefs

The parties are relieved of their obligation under Local Rule 285 to file trial briefs. If any party wishes to file a trial brief, they must do so in accordance with Local Rule 285 and be filed on or before **January 8, 2025**.

### 2.     Jury Voir Dire

The parties are required to file their proposed voir dire questions, in accordance with Local Rule 162.1, on or before **January 8, 2025.**

### 3.     Jury Instructions & Verdict Form

The parties shall serve, via e-mail or fax, their proposed jury instructions in accordance with Local Rule 163 and their proposed verdict form on one another no later than **December 26, 2024.** At the conference, the parties **SHALL** attempt to reach agreement on jury instructions and verdict form for use at trial. The parties shall file all agreed-upon jury instructions and verdict form no later than **January 8, 2025**, and identify such as the agreed-upon jury instructions and verdict forms. At the same time, the parties **SHALL** lodge via e-mail a copy of the joint jury instructions and joint verdict form (in Word format) to JLTOrders@caed.uscourts.gov.

**If and only if, the parties after genuine, reasonable and good faith effort** cannot agree upon certain specific jury instructions and verdict form, the parties shall file their respective proposed (disputed) jury instructions and proposed (disputed) verdict form no later than **January 8, 2025,** and identify such as the disputed jury instructions and verdict forms.  At the same time, the parties **SHALL** lodge via e-mail, a copy of his/their own (disputed) jury instructions and proposed (disputed) verdict form (in Word format) to JLTOrders@caed.uscourts.gov.

In selecting proposed instructions, the parties shall use Ninth Circuit Model Civil Jury Instructions or California's CACI instructions to the extent possible.  All jury instructions and verdict forms shall indicate the party submitting the instruction or verdict form (i.e., joint, plaintiff's, defendant's, etc.), the number of the proposed instruction in sequence, a brief title for the instruction

27

describing the subject matter, the **complete** text of the instruction, and the legal authority supporting the instruction.  Each instruction **SHALL** be numbered.

**W.     OBJECTIONS TO PRETRIAL ORDER**

Within 14 days after the date of service of this order, the parties may file written objections to any of the provisions set forth in this order. The parties may file any replies to the objections within seven days. The objections shall clearly specify the requested modifications, corrections, additions or deletions. **If no objections are filed, the order will become final without further order of the Court.**

The parties are reminded that pursuant to Rule 16(e) of the Federal Rules of Civil Procedure and Local Rule 283, this order shall control the subsequent course of this action and shall be modified only to prevent manifest injustice.

**X.     MISCELLANEOUS MATTERS**

**I.**     The parties are advised that due to the Court's trial schedule, it is unlikely that their trial will proceed as currently scheduled. Rather, the Court will trail their trial from day-to-day until the trial, which is in line ahead of theirs, finishes. The parties are reminded of the availability of the Magistrate Judge to preside over their trial and who would be able to hear their trial promptly. The Magistrate Judge is extremely experienced and qualified to preside over their trial, and the parties would retain the same appellate rights they would have otherwise. The parties **SHALL** reconsider whether they will consent to magistrate judge jurisdiction for trial and **SHALL** file a notice of their consent or decline to magistrate judge jurisdiction, **no later than November 4, 2024.**

**II.**     Counsel are advised that the Court's trial schedule, absent other court conflicts, is as follows: The first day of trial and until jury selection is completed, the trial day will begin at 8:30 a.m. and complete around 4:30 p.m. with an hour-long lunch break. Until the jury begins deliberating, the trial day will begin at 8:00 a.m. and complete at 1:30 p.m. with no lunch break, though the trial will break for two breaks during the trial day. Once the jury begins deliberating, the jury will set their own schedule.

Additionally, the Court notes that witnesses Neftali Hernandez and David Marquez will need Spanish language interpreters at trial. **The party proffering the witnesses are responsible for providing a federally certified court interpreter.** Plaintiffs request the ability to call witnesses

through videoconferencing, *e.g.*, Zoom. Counsel **SHALL** confer and come to agreement as to this presentation of witnesses by Zoom.

**Y.      COMPLIANCE**

Strict compliance with this order and its requirements is mandatory.  All parties and their counsel are subject to sanctions, including dismissal or entry of default, for failure to fully comply with this order and its requirements.

IT IS SO ORDERED.

Dated:   **October 7, 2024**

UNITED STATES DISTRICT JUDGE

1

Attachment A

2

The following is Plaintiffs' Exhibit List, as incorporated here:

3

4

5

**General Liability Exhibits**

6

| | |
|---|---|
| UT HD Outbreak Records | OFTPLAINTIFFS1-15 |
| WA DOH Line List | OFTPLAINTIFFS 16-399 |
| CA HD Outbreak Records | OFTPLAINTIFFS400-417 |
| Canadian recall list | NLOPLAINTIFFS00418-438 |
| FDA report | NLOPLAINTIFFS 439-453 |
| CA DPH report | NLOPLAINTIFFS 454-460 |
| FDA Core Report | NLOPLAINTIFFS 461-626 |
| FDA_Onions 52 Customer List - CONFIDENTIAL | NLOPLAINTIFFS 627 |
| Zalco Labs Subpoena Docs | NLOPLAINTIFFS 628-646 |
| Michelson Labs Subpoena Docs | NLOPLAINTIFFS 647-680 |
| Correspondence | ALBMT1-1188 |
| Recall Documents | ALBMT1189-1576 |
| Invoices | ALBMT1577-1581 |
| Kroger Subpoena fee schedule | NLOPLAINTIFFS681 |
| Subpoena response | NLOPLAINTIFFS 682-3 |
| Recall documents | NLOPLAINTIFFS 684-99 |
| Recall documents | NLOPLAINTIFFS 700-731 |
| Angelo v. Thomson - Flint Declaration | NLOPLAINTIFFS 732-5 |
| Hanley v. Thomson - Supp Dec of Trevor Flint | NLOPLAINTIFFS 736-8 |
| Hanley v. Thomson - Supp Dec of Trevor Flint Exhibits A-D | NLOPLAINTIFFS 739-914 |
| Sobeys Tuscany Email response | NLOPLAINTIFFS 915 |

| | |
|---|---|
| Super 1 Response | NLOPLAINTIFFS 916 |
| Uwajimaya Beaverton Email exchange | NLOPLAINTIFFS 917-919 |
| Isolates PDS000002596 | NLOPLAINTIFFS 920 |
| Costco objections | NLOPLAINTIFFS 921-926 |
| Canada Food safety investigation | NLOPLAINTIFFS 927-933 |
| Amazon's objections | NLOPLAINTIFFS 934-939 |
| Albertsons objections | NLOPLAINTIFFS 940-41 |
| FDA Inspection Records and Test Results | |
| California Inspection Records and Test Results | |
| All deposition exhibits | |
| Primus Audits 2019 | |
| Primus Audits 2018 | |
| Onion Food Safety Program | TII000003617-3645, 3553-3569 |
| Emails regarding FSMA | TII000016977-16981 |
| Master Sanitation SOP | TII000003465-3473 |
| Food Defense Plan | TII000003619-3645 |
| Holtville Organizational Chart | TII000032078 |
| Traceback Diagrams | |
| Thomson Onion 2020 Sales by Ship To Address | |
| Primus Audit suspension email | TII000020262 |
| Emails regarding Food Safety | TII000017510 |

| | |
|---|---|
| Water Microbiological Testing SOP | TII000032174-32177 |
| Risk Assessment of Growing Operation SOP | TII000032067 |
| GAP Food Safety Plan | TII000032073-32077 |
| Trace back & Recall Plan | TII000032197-323222 |
| GAP SOP | TII0000175639 et seq. (Lugo Exhibit 18, Bates range out of order) |
| 2020 Onion Operation Details | TII000018894-18913 |
| Food Safety Policy Statement | TII0000049337 |
| Email regarding high E. coli tests | TII000017603 |
| Email regarding dumped yellow onions | TII000023250-23261 |
| Moldy onion report | TII000020674 |
| Letter to FDA, CDC, and CFIA | TII000002936 |
| Press release | TII000021838 |
| Email protesting FDA Outbreak Investigation Report | TII00002962-2963 |
| Answers to FDA Questions | TII000020024-20032 |
| FDA Investigation Report | Thomson Exhibit 30 |
| FDA Discussion Points from Thomson Inspection | TII000002758-2760 |
| Emails regarding corrective actions | TII000025851-24854 |
| Emch & Waite-Cusic (2016), Conventional Curing Practices Reduce Generic E. coli and Salmonella spp. on dry bulb onions produced with contaminated irrigation water | |
| Grower Water Source Inspections SOP | TII000032157-32159 |
| Pre-harvest Risk Assessment | TII000032419 |

| | |
|---|---|
| Documents produced by Dr. Martin Wiedmann | |
| Testing & Inspections from Wiedmann file No. 25 | |
| Invoices and Bills of Lading | |
| Invoices and Bills of Lading Summary | |
| Alberta Health FOIA Records from Wiedmann File No. 10 | |
| Oregon Health Authority Records Wiedmann file No. 33 | |
| CDPH Records from Wiedmann file | |
| Audit Reports from Wiedmann file Nos. 21 & 27 | |
| Documents produced by Dr. Melvin Kramer | |
| Linelists for each Plaintiff | |
| 2020 Lot Chart | TII000017723 |
| Production Diagrams | |
| Purchase Orders and Invoices | |
| Purchase Orders and Invoices Spreadsheet | TII000022123 |
| Load and Ship Date Spreadsheets | TII000025546, 25571, 25633 (Natives) |
| Risk Assessment Spreadsheets | TII000032264-32588 (Natives) |
| Email regarding positive samples | TII000002682-2683 |
| Zenith correspondence regarding Sysco | TII000021346-21347 |
| Reports of Sample Analysis (FDA test results) positive for Salmonella | Various |
| Chart of positive test results | TII000021267 |
| Email regarding positive samples | TII000021259 |

| | |
|---|---|
| Invoices and bills of lading provided to FDA | TII000019928 et seq., TII000019938 et seq., TII000019947 et seq. |
| Emails regarding orders to FDA | TII000019924 et seq. |
| Recall letter | TII000019429-19430 |
| Lot number designation provided to FDA | TII000018894 |
| KOR/Onions 52/ Thomson 2020 List | TII000018890 et seq. |
| Colorado Investigation Summary | TIII000045768 et seq. |
| Multi-provincial cluster of Salmonella Newport Final investigation summary – applicant copy | TII000068082-68781 |
| Canadian records | TII00084202-86711 |
| NCBI Isolates Browser (in real time) for Plaintiffs' isolates and the outbreak strain https://www.ncbi.nlm.nih.gov/pathogens/isolates | |
| Any document identified by Defendant | |

**Onions 52 Exhibits**

| | |
|---|---|
| Onions 52 Customer List | NLOPLAINTIFFS00627 |
| Growing, Sales, and Marketing Agreement | TII000067856-67865 |
| Declaration of Trevor Flint, Onions52 | TII000067866-67869 |
| Onions52 order detail report | TII000067870-67876 |
| Onions52 order detail report | TII000067877-67900 |
| Onions52 bill of lading | TII000067901 |
| Onions42 invoices to purchasers | TII000067902-67913 |
| Onions52 Bill of lading | TII000067914-5 |
| Onions52 depo transcript from 8/31/23 – Trevor Flint | TII000067916-68081 |
| Supplemental Declaration of Trevor Flint, Onions52 | TII00068782-68784 |
| Declaration of Trevor Flint, Onions52 | TII00068785-68788 |

**Expert Reports**

| | |
|---|---|
| Report of Dr. John Dunn | |
| Rebuttal Report of Dr. John Dunn | |
| McCormic Article | |
| Dunn CV | |

34

| | |
|---|---|
| Documents identified by Dr. Dunn | |
| Report of Dr. Theodoros Kelesidis | |
| Dr. Kelesidis CV | |
| Documents identified by Dr. Kelesidis | |
| Report of Dr. Myung (Scott) Choi | |
| Dr. Choi CV | |
| Documents identified by Dr. Choi | |

**Defense Experts**

| | |
|---|---|
| EHA Consulting Website | |
| Kramer/EHA Consulting Firm Invoices | |
| Dr. Wiedmann Invoices | |
| Dr. Wiedmann Emails | |
| Dr. Ellis Invoices | |
| Dr. Ellis Emails | |
| Documents Provided to Defense Experts | |

**Barry, Jody**

Records

| | |
|---|---|
| Legacy Mount Hood | BARRY000023-BARRY000081 |
| Legacy - GoHealth Urgent Care | BARRY000082-BARRY000089 |
| | BARRY000096-BARRY000099 |
| Mountain View Family Practice | BARRY000142-BARRY000498 |

Bills:

| | |
|---|---|
| Legacy Mount Hood | BARRY000093-BARRY000094 |
| Mountain View Family Practice | BARRY000126-BARRY000141 |

Health Department Records:

| | |
|---|---|
| Multnomah County Health Department Records | BARRY000001-BARRY000018 TII000046030 |
| Oregon State Health Authority | BARRY000019-BARRY000022 |
| Emails with Multnomah County | BARRY000499-BARRY000508 |
| CDC FOIA Response | BARRY000509-BARRY000611 |

Proof of Purchase:

| | |
|---|---|
| Rivermark Community Credit Union Bank Statements | BARRY000104-BARRY000125 BARRY000612-BARRY000619 |
| Bajio Mexican Grill Letter | BARRY000620 |

**Benson, Teischa**

Records:

| Great Falls Clinic | BENSON000001-BENSON000371 |
|---|---|

Bills:

| Great Falls Clinic | BENSON000372-BENSON000381 |
|---|---|
| Walgreens | BENSON000411-BENSON000422 **Misnumbered |

Health Department Records:

| Cascade County Health Department | BENSON000382-BENSON000408 |
|---|---|
| CDC FOIA Response | BENSON000423-BENSON000519 |

Proof of Purchase:

| Embark Federal Credit Union Statements | BENSON000412-BENSON000415 |
|---|---|
| Albertsons Club Account and Transaction Details | ALBBENSON0001-ALBBENSON0002 |

**Davies, Lori**

Records:

| Rebound Division of Northwest Surgical Specialists, P.C. | DAVIES000029-DAVIES000129 TII000045027-TII000045479 |
|---|---|
| Allergy, Asthma and Dermatology Associates, P.C. | DAVIES000137-DAVIES000153 |
| NW Dermatology Institute | DAVIES000219-DAVIES000222 |
| Myriad myRisk | DAVIES000239 |
| The Oregon Clinic, Center for Advanced Surgery | DAVIES000240 TII000067280-TII000067287 |
| Biolounge Nutrition | DAVIES000245-DAVIES000252 |
| Providence Health & Services | DAVIES000260-DAVIES000601 |
| Northwest Rheumatology Associates | TII000067251-TII000067276 |
| Plaza Ambulatory Surgery Center, LLC | TII000067288-TII000067295 |

Bills:

| The Wig Gallery | DAVIES000002-DAVIES000003 |
|---|---|
| TRG, LLC; formerly The Radiology Group | DAVIES000023 DAVIES000603 TII000045480-TII000045483 |
| NW Surgical Specialists PC | DAVIES000130-DAVIES000131 TII000045016-TII000045026 |
| Providence Health & Services | DAVIES000155-DAVIES000213 |
| NW Dermatology Institute | DAVIES000214 |
| Biolounge Nutrition | DAVIES000241-DAVIES000244 |

| Providence Health & Services | DAVIES000253-DAVIES000259 |
|---|---|

Health Department Records:

| CDC Linelist | DAVIES000001 |
|---|---|
| Washington County Health Department | DAVIES000004-DAVIES000019 TII000046102 |
| Oregon State Health Authority | DAVIES000020-DAVIES000022 |
| CDC FOIA Response | DAVIES000608-DAVIES000704 |

Proof of Purchase:

| Capital One Statements | DAVIES000232-DAVIES000236 |
|---|---|

Photos

| Before and after photos of hair | DAVIES000223-DAVIES000231 |
|---|---|

**Floding, Sadie**

Records:

| Video from ER | FLODING000002 |
|---|---|
| St. Peters Health | FLODING000489-FLODING000493 FLODING000500-FLODING000555 FLODING001302-FLODING001320 FLODING001323 FLODING001339-FLODING001482 |
| Prometheus Therapeutics & Diagnostics | FLODING001321 |
| Mountain West Pathology Report | FLODING001322 |

Bills:

| Lewis and Clark Emergency Physicians | FLODING000485 FLODING000488 |
|---|---|
| St. Peter's Health | FLODING000486-FLODING000487 FLODING000494 FLODING000499 FLODING001324-FLODING001325 FLODING001329-FLODING001335 |

Health Department Records:

| CDC Linelist | FLODING000001 |
|---|---|
| Montana Public Health Department | FLODING000003-FLODING000484 |
| CDC Emails | FLODING000559-FLODING001256 |
| CDC FOIA Response | FLODING001483-FLODING001487 |

Proof of Purchase:

| American Express Statements | FLODING001257-FLODING001283 |
|---|---|
| US Bank Statements | FLODING001284-FLODING001297 |

| Albertsons Club Account and Transaction Details | ALBFLODING0001-ALBFLODING0002 |
| Bert and Ernie's Subpoena Response | FLODING001488-FLODING001494 |

**Klam, Lynnetta**

Records:

| South Common Medical Centre | KLAM000017-KLAM000031 |
| | KLAM000114 |
| University of Alberta | KLAM000041-KLAM000044 |
| | TII00067214-TII0006722 |
| Montgomery Pinnacle Medical Centres | KLAM000047-KLAM000060 |
| | KLAM000069-KLAM000070 |
| | KLAM000080-KLAM000094 |
| | KLAM000103-KLAM000104 |
| | KLAM000115-KLAM000123 |
| Alberta Health Services, including Royal Alexandria and Red Deer Regional Hospital Center | KLAM000032-KLAM000040 |
| | KLAM000061-KLAM000068 |
| | KLAM000095-KLAM000102 |
| | KLAM000124-KLAM000500 |
| | TII000063549-TII000063557 |
| Mayfair Diagnostics | KLAM000071 |
| | KLAM000105 |
| Rejuvenation Dermatology Calgary South | KLAM000072-KLAM000076 |
| | KLAM000106-KLAM000110 |
| Hearing Loss Clinic | KLAM000077-KLAM000079 |
| | KLAM000111-KLAM000113 |
| Heritage Valley Town Centre | KLAM000506-KLAM000508 |

Health Department Records:

| Health Canada and Public Health Agency of Canada | KLAM000001-KLAM000012 |
| Public Health Agency of Canada | TII00084202-TII00086711 |

Exposure Evidence:

| Royal Bank Statements | KLAM000509-KLAM000513 |
| Email from daughter | KLAM000501-KLAM000502 |
| Video from daughter | KLAM000503 |
| Photo of pizza | KLAM000504 |
| Metadata of pizza | KLAM000505 |

38

**Peterson, Matthew**

Records:

| Kaiser Permanente | PETERSON000009-PETERSON000037 |
| | PETERSON000065-PETERSON000173 |

Bills:

| Kaiser Permanente | PETERSON000002-PETERSON000004 |
| | PETERSON000038 |
| | TII000045484-TII000045493 |
| | TII000045504 |

Health Department Records:

| Clackamas County Health Department | PETERSON000039-PETERSON000058 |
| | TII000046073 |
| Oregon State Health Authority | PETERSON000059-PETERSON000061 |

Proof of Purchase:

| Great Wolf Lodge Subpoena Responses | PETERSON000176-PETERSON000241 |

**Strub, Colin**

Records:

| Denver Digestive Health Specialists | STRUB000005 |
| | STRUB000037-STRUB000042 |
| | STRUB000062-STRUB000063 |
| | STRUB000079-STRUB000084 |
| | STRUB000586-STRUB000592 |
| | STRUB000613-STRUB000615 |
| Denver Endoscopy Center | STRUB000043-STRUB000047 |
| | STRUB000059-STRUB000061 |
| | STRUB000085-STRUB000107 |
| | STRUB000593-STRUB000612 |
| | STRUB000616-STRUB000630 |
| Healthone Rose Medical Center | STRUB000048-STRUB000050 |
| | STRUB000064-STRUB000065 |
| | STRUB000580-STRUB000583 |
| EPC Clinic | STRUB000051-STRUB000057 |
| LabCorp | STRUB000058 |
| | STRUB000066-STRUB000068 |
| Kaiser Permanente | STRUB000108-STRUB000120 |
| | STRUB000127-STRUB000476 |

| UC Health | STRUB000491-STRUB000569<br>STRUB000755-STRUB000782<br>STRUB000793-STRUB000797 |
|---|---|
| Colorado Department of Public Health & Environment | STRUB000577 |
| Colorado GI Pathology | STRUB000584-STRUB000585 |
| St. Joseph Hospital | STRUB000631-STRUB000750 |
| Physical Therapy Specialists | STRUB000823-STRUB000886<br>STRUB000893-STRUB000894<br>STRUB000905-STRUB000910<br>STRUB000917-STRUB000919<br>TII00081355-81448 |
| Rose Surgical Center | TII00047843-TII00047911 |

Bills:

| Denver Digestive Health Specialists | STRUB000028-STRUB000033 |
|---|---|
| Denver Endoscopy Center | STRUB000070 |
| Kaiser Permanente | STRUB000121-STRUB000126<br>STRUB000887-STRUB000890<br>STRUB000895-STRUB000902<br>STRUB000911-STRUB000914 |
| UC Health | STRUB000483-STRUB000490<br>STRUB000570-STRUB000576 |
| St. Joseph Hospital | STRUB000751-STRUB000754 |
| Physical Therapy Specialists | STRUB000891-STRUB000892<br>STRUB000903-STRUB000904<br>STRUB000915-STRUB000916 |
| Rose Surgical Center | TII00047912 |

Health Department Records:

| Colorado Department of Public Health & Environment | STRUB000006-STRUB000027 |
|---|---|
| CDC FOIA Response | STRUB000808-STRUB000811 |

Proof of Purchase:

| Amazon Receipt | STRUB000001-STRUB000004<br>STRUB000817-STRUB000822 |
|---|---|
| 1st Bank Statements | STRUB000783-STRUB000792<br>STRUB000798-STRUB000807<br>STRUB000812-STRUB000816 |

Attachment B

The following is Defendant's Exhibit List, as incorporated here:

| Description | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OBJECTION OTHER |
|---|---|---|---|
| Food Safety Program TII000005879-TII000005921 | | | |
| Food Safety Plan, Master Document List. TII000032090-TII000032094 | | | |
| 2020 Food Safety Policy Statement TII000032071-TII000032071 | | | |
| 2020 Food Safety Policy in Spanish. TII000032072-TII000032072 | | | |
| GAP Food Safety Plan for TII TII000032073-TII000032077 | | | |
| TII Org Chart, Ranch Safety Team TII000032078-TII000032078 | | | |
| Food Safety Program, Part 1 TII000003617-TII000003645 | | | |
| Food Safety Program, Part 2, North Facility TII000003553-TII000003569 | | | |
| Glad2e product use log for Kern County. TII000003743-TII000003859 | | | |
| Primus Labs Packaging Audit Checklist. TII000017511-TII000017520 | | | |
| Jose Perez PSA Grower Training Course. TII000025666-TII000025666 | | | |
| David Marquez PSA Grower Training Course, 2019 | | | |

| | | | |
|---|---|---|---|
| TII000025667-TII000025667 | | | |
| Nancy Anspach FSPCA Preventive Controls for Human Food, 02/08/2019. TII000025668-TII000025668 | | | |
| Nancy Anspach PSA Grower Training Course. TII000025669-TII000025669 | | | |
| Neftali Hernandez PSA Grower Training Course Certificate TII000025670-TII000025670 | | | |
| Primus Final Audit Report for Brawley Onions located at Hilfiker Rd & Anderholt Rd & McCabe Rd, Brawley, CA TII000026686-TII000026708 | | | |
| General Training SOP. TII000032080-TII000032082 | | | |
| Food Defense Plan TII000032241- TII000032248 | | | |
| R3 Food Defense Assessment. TII000032249-TII000032251 | | | |
| Personal Food Training SOP TII000032257-TII000032261 | | | |
| Food Safety Plan - Farming Operations. TII000032324-TII000032325 | | | |
| 2020 Food Safety Plan - Farming Operations. TII000032326-TII000032327 | | | |
| Micro Testing SOPs with Michelson Lab Reports. TII000033949-TII000033971 | | | |
| Authenticating Declaration for Michelson Records | | | |
| JJ Harvesting records for Angel Nava. Includes Food Safety Training certificates for Angel Nava, Manuel Cano, Joel Ocampo, Antonio Carranza, Froylan Chiquito, and Teresa Castillo. TII000034392-TII000034447 | | | |
| JJ Harvesting records for Carlos Mendoza, including food safety, cleaning logs, SOPs, | | | |

| | | | |
|---|---|---|---|
| certificates.<br>TII000034448-TII000034502 | | | |
| JJ Harvesting records for<br>Carmen Ramirez, restroom<br>service logs, water report,<br>permits, SOPs, certificates.<br>TII000034503-TII000034553 | | | |
| JJ Harvesting records for<br>Catalna Avalos. SOPs, cleaning<br>logs, training certification.<br>TII000034554-TII000034770 | | | |
| JJ Harvesting records for Ana<br>Silva, SOPs, sanitation,<br>temperature logs, certifications.<br>TII000034771-TII000035417 | | | |
| JJ Harvesting records for<br>Angeles Pulido. SOPs,<br>sanitation, certificates.<br>TII000035418-TII000035567 | | | |
| JJ Harvesting records for<br>Carmen Ramirez. SOPs,<br>sanitation, temperature logs.<br>TII000035568-TII000035846 | | | |
| JJ Harvesting records for Jackie<br>Torres. SOPs, temperature logs,<br>certifications.<br>TII000035847-TII000036026 | | | |
| J.J. Harvesting records for<br>Leonel Gogo Lopez. SOPs,<br>sanitization records,<br>temperature logs, certificates.<br>TII000036027-TII000036181 | | | |
| JJ Harvesting Records for Raul<br>Carranza. Food safety, SOPs,<br>certificates.<br>TII000036182-TII000036926 | | | |
| JJ Harvesting records for<br>Guillermo Aleman. Food safety<br>training meeting, SOPs,<br>certificates.<br>TII000036927-TII000036990 | | | |
| JJ Harvesting records for<br>Jaqueline Luna. Food safety,<br>cleaning, SOPs, certificates.<br>TII000036991-TII000037042 | | | |
| JJ Harvesting records for Mario<br>Castillo. Food safety, SOPs, | | | |

| | | | |
|---|---|---|---|
| certificates. TII000037043-TII000037091 | | | |
| JJ Harvesting records for Neri Herrera. Food safety, SOPs, certificates. TII000037092-TII000037182 | | | |
| JJ Harvesting records for Raul Carranza. SOPs, food safety, certificates of completion. TII000037183-TII000037354 | | | |
| IPC/Subway Request for Information TII00069899-TII00069904 | | | |
| Master Sanitation SOP TII000003465-TII000003473 | | | |
| Incoming Materials SOP TII000003474-TII000003476 | | | |
| Chemical and Cleaning Inventory List TII000003507-TII000003515 | | | |
| Product log with images of cleaning products used. TII000003516-TII000003518 | | | |
| TII Cleaning Supplies Inventory from 08/16/2019. TII000003540- TII000003552 | | | |
| Emergency Response SOPs. TII000003573-TII000003577 | | | |
| Pre-Operation Inspection Log. TII000003578-TII000003584 | | | |
| Daily cleaning logs for the onion lines from May 4, 2020, to July 31, 2020. TII000003585-TII000003601 | | | |
| Weekly sanitation logs. TII000003602-TII000003611 | | | |
| Floor drains cleaning and sanitation log beginning on May 8, 2020. TII000003612-TII000003616 | | | |
| Pre-Operations log. TII000003646-TII000003699 | | | |
| Table of contents to SOPs revised in 2019. TII000017566-TII000017598 | | | |
| Harvest Container Cleaning/Sanitizing Log | | | |

| | | | |
|---|---|---|---|
| (Blank). TII000017727-TII000017727 | | | |
| Cleaning/Sanitizing SOP TII000017728- II000017730 | | | |
| Flow chart for onion receiving, packing, shipping TII000018637-TII000018637 | | | |
| Life cycle of onion shipping. TII000018894-TII0000189133 | | | |
| Nancy Anspach FSPCA Preventive Controls for Human Food, 02/08/2019. TII000025668-TII000025668 | | | |
| Garcia Diamond restroom service. TII000025694-TII000025712 | | | |
| Risk Assessment Growing SOP TII000032067-TII000032070 | | | |
| GAP Food Safety Plan TII000032073-TII000032077 | | | |
| TII Org Chart TII000032079-TII000032079 | | | |
| Management Review SOP TII000032083- TII000032085 | | | |
| Industry Guidelines/Best Practices TII000032086-TII000032086 | | | |
| TII Resource Analysis TII000032087-TII000032087 | | | |
| Documentation & Record Keep SOP TII000032088-TII000032089 | | | |
| Master Document List, Module 2 TII000032095-TII000032095 | | | |
| SOP Table of Contents TII000032096-TII000032127 | | | |
| How to Write a SOP TII000032128-TII000032130 | | | |
| Corrective Action Procedure SOP TII000032131-TII000032133 | | | |
| Regulatory Inspections SOP TII000032135-TII000032140 | | | |
| GAP Land History and Use and Irrigation Water Checklist TII000032141- TII000032143 | | | |

| | | | |
|---|---|---|---|
| Growing Area Selection SOP TII000032144- TII000032149 | | | |
| Grower Water Source Inspection SOP TII000032157-TII000032159 | | | |
| Water Microbiological Testing SOP TII000032174-TII000032177 | | | |
| Calibration SOP TII000032178-TII000032178 | | | |
| Material On Hold and Rejected SOP TII000032180-TII000032182 | | | |
| Product Release SOP TII000032183-TII000032184 | | | |
| Buyer & Consumer Complaints & Feedback SOP TII000032185-TII000032188 | | | |
| Farming Operation Approved Suppliers List TII000032189-TII000032189 | | | |
| Supplier Approval & Monitoring SOP TII000032190-TII000032196 | | | |
| Visitor/Contractor SOP TII000032253-TII000032255 | | | |
| Personal Food Training SOP TII000032257-TII000032261 | | | |
| Personal Food Training SOP TII000032275-TII000032280 | | | |
| Disciplinary Action SOP TII000032281-TII000032283 | | | |
| Return to Work SOP TII000032284-TII000032287 | | | |
| Pesticide Management SOP TII000032295-TII000032298 | | | |
| Chemical/Fertilizer/Pesticide Storage Inventory TII000032310-TII000032311 | | | |
| Pesticide Storage Inventory SOP TII000032312-TII000032313 | | | |
| Preventative Maintenance SOP TII000032314-TII000032316 | | | |
| Work Order/Maintenance SOP TII000032317-TII000032319 | | | |

| | | | |
|---|---|---|---|
| 2020 TII Chemical List TII000032320-TII000032322 | | | |
| Food Safety Plan - Farming Operations. TII000032324-TII000032325 | | | |
| 2020 Food Safety Plan - Farming Operations. TII000032326-TII000032327 | | | |
| Micro Testing SOPs with Michelson Lab Reports. TII000033949-TII000033971 | | | |
| 2019 BC Labs and OxiDate Records. TII000033972-TII000034015 | | | |
| Monitoring Logs Procedures TII000038008-TII000038025 | | | |
| General Training SOP TII00063235-TII00063513 | | | |
| Audit Meeting Logs TII000063515-TII000063539 | | | |
| TII Board Conference Call, 01/22/2020 TII000037631-TII000037631 | | | |
| TII Board Meeting Minutes, 03/27/2020 TII000037632-TII000037633 | | | |
| KEI -BV Risk Assessment TII000032264-TII000032264 | | | |
| KEI SKO Risk Assessment TII000032265-TII000032265 | | | |
| RG 161 Risk Assessment. TII000032266-TII000032266 | | | |
| RR Holtville Ash Risk Assessment. TII000032268-TII000032268 | | | |
| Ranch 3 Risk Assessment TII000032269-TII000032269 | | | |
| TII Glad Risk Assessment TII000032270-TII000032270 | | | |
| Delis Water Source Risk Assessment. TII000032288-TII000032288 | | | |
| KEI Field BV Canal Water Source Risk Assessment. TII000032291-TII000032291 | | | |
| KEI Field SK Canal Water | | | |

| | | | |
|---|---|---|---|
| Source Risk Assessment. TII000032292-TII000032292 | | | |
| TII Glad Water Source Risk Assessment. TII000032293-TII000032293 | | | |
| TII R3 Water Source Risk Assessment TII000032294-TII000032294 | | | |
| Ash 11 Pre-Harvest Risk Assessment. TII000032386-TII000032387 | | | |
| BV-Sec 10 Preharvest Risk Assessment. TII000032388-TII000032389 | | | |
| Fld 32 50 ac Preharvest Risk Assessment TII000032419-TII000032420 | | | |
| Gladestone Pre-harvest Risk Assessment. TII000032423-TII000032424 | | | |
| Pepper 22 Preharvest Risk Assessment. TII000032429-TII000032430 | | | |
| RG-FLD 161 Pre-Harvest Risk Assessment TII000032432-TII000032433 | | | |
| RG161 Preharvest Risk Assessment TII000032434-TII000032435 | | | |
| Skone Preharvest Risk Assessment TII000032436-TII000032437 | | | |
| Holtville Risk Assessments. TII000032588-TII000032588 | | | |
| Email from Nicole Yuen stating that one of the samples collected does not match the outbreak strain. TII000025904-TII000025916 | | | |
| Delis Water Source Risk Assessment. TII000032288-TII000032288 | | | |
| Michelson Lab report number 072520-M627286A. TII000000002800-TII000002800 | | | |
| BC Laboratories, Inc., Water Analysis (Bacteriological), | | | |

| | | | |
|---|---|---|---|
| dated 03/04/2019, for Well 1. TII000017599-TII000017601 | | | |
| Water Test TII000017602-TII000017602 | | | |
| FDA Receipt for fields and samples. TII000025797.000001-TII000025797.000002 | | | |
| BC Labs water testing from 13 Palms. TII000032558-TII000032558 | | | |
| BC Labs testing for Well #1. TII000032579-TII000032586 | | | |
| BC Lab reports for bacteriological testing taken on April 10, 2020. TII000032590-TII000032596 | | | |
| BC Labs testing for: Domestic, Packing Plant Well, Well, Well Discharge TII000033939-TII000033948 | | | |
| Compilation of TII Onion Test Results | | | |
| Email between Nicole Yuen and Jack Thomson, indicating that TII onion samples from Bakersfield were all negative for Salmonella. Table of samples included earlier in thread. Some results still pending. TII000025764-TII000025768 | | | |
| Email between Jack Thomson and Nicole Yuen, updating with further salmonella testing of TII samples: All negative. TII000025769-TII000025775 | | | |
| FDA Receipt for fields and samples. TII000025797.000001-TII000025797.000002 | | | |
| Email from Jack Thomson asking Nicole Yuen about sample results. TII000025830-TII000025837 | | | |
| Email with lab results for some FDA samples. TII000025942- | | | |

| | | | |
|---|---|---|---|
| TII000025942 | | | |
| Jack Thomson stated he received an additional negative sample notice from Jennifer Kinney. TII000025946-TII000025947 | | | |
| Jack Thomson thanking Nicole Yuen for informing him of the CDC web post going live. Also updated sample list with some positive salmonella samples. TII000026054-TII000026067 | | | |
| Email string with GPS coordinates of positive salmonella samples from TII. TII000026099-TII000026100 | | | |
| Michelson Lab report 072520-M627284A, DATED 07/25/2020. TII000027225-TII000027225 | | | |
| FDA List of Sample test results. TII000003172-TII000003182 | | | |
| Email from Donna William DXHill stating negative salmonella for 43/43 subsamples. TII000020475-TII000020475 | | | |
| Email from Nicole Yuen to Jack Thomson with sample updates. TII000032643- TII000032650 | | | |
| Email string between Brandon Adcock to Jeff Vidanes, dated 07/28/2020 PH PLAINTIFF 001223-PH PLAINTIFF 001226 | | | |
| Memo from Daniel Gorski to Brandi McGrady, dated 08/28/2020. PH PLAINTIFF 001940-PH PLAINTIFF 001966 | | | |
| Photographs of Holtville Drain Ditch Sampling Site Exhibit 5 to Kramer Report | | | |
| Authentication Declaration for Photographs of Holtville Drain | | | |

| | | | |
|---|---|---|---|
| Ditch Sampling Site Exhibit 5 to Kramer Report | | | |
| Photographs from Prosser Washington Exhibit 7 to Kramer Report | | | |
| Authentication Declaration for Photographs from Prosser Washington Exhibit 7 to Kramer Report | | | |
| Email from Jeff Vidanes to Michael Needham, dated 07/28/2020. | | | |
| Primus Standard Packinghouse Final Audit Report TII000017527-TII000017557 | | | |
| Primus Audit Report for Ranch 3, 2018. TII000018302-TII000018330 | | | |
| Primus Audit Certificate for Ranch 3, June 1, 2018 to May 31, 2019. TII000018331-TII000018332 | | | |
| Primus audit for DiGiogio Rd, Bakersfield. Audit on 04/20/2020. Certification valid from May 13, 2020 to May 12, 2021. TII000023393-TII000023412 | | | |
| Primus certificate for Ranch 3 at DiGiogio Rd, valid from May 13, 2020 to May 12, 2021. Final audit score 97%. TII000023413-TII000023414 | | | |
| Primus Standard Packinghouse audit from August 28, 2019. Score 94%. TII000023446-TII000023447 | | | |
| Primus Final Audit Report for Kei Filed Skone, located in Tejon Rd, Bakersfield, dated April 20, 2020. TII000023460-TII000023477 | | | |
| Primus Corrective Action Report for Kei Field Skone, dated April 20, 2020. TII000023478-TII000023482 | | | |

| | | | |
|---|---|---|---|
| Primus Certificate for Kei Field Skone, Tejon Road, dated from May 28, 2020 to May 27, 2021. Audit score 97%. TII000023483-TII000023484 | | | |
| Primus audit "Corrective Action Report" for Kei Field BV, located at Buena Vista Blvd, Bakersfield, dated April 20, 2020. TII000023486-TII000023490 | | | |
| Primus Final Audit Report for Kei Field BV dated April 20, 2020. TII000023491-TII000023509 | | | |
| Primus Certificate for Kei Field BV from May 28, 2020 to May 27, 2021. TII000023510-TII000023511 | | | |
| Primus Final Audit Report for Brawley Onions located at Hilfiker Rd & Anderholt Rd & McCabe Rd, Brawley, CA TII000026686-TII000026708 | | | |
| Primus Certificate for Brawley Onions valid from May 15, 2019 to May 14, 2020. Audit score of 95%. TII000026709-TII000026710 | | | |
| Primus Certificate for Evergrow, Hageman & Wegis Bakersfield, CA for May 28, 2019 to May 27, 2020. TII000026733-TII000026734 | | | |
| Primus Certificate for Kirschenmann, Bakersfield, CA, from May 28, 2019 to May 27, 2020. TII000026795-TII000026796 | | | |
| Primus Certificate for Ranch 3, Bakersfield, CA, from May 28, 2019 to May 27, 2020. TII000026837-TII000026838 | | | |
| Primus audit report for Highline Cooling LLC located in Holtville, CA on January 8, | | | |

| | | | |
|---|---|---|---|
| 2020. TII000027060-TII000027091 | | | |
| Sales Transactions for Holtville | | | |
| Primus corrective action report for Highline Cooling LLC. TII000027092-TII000027099 | | | |
| Primus Certificate for Highline Cooling LLC. TII000027100-TII000027101 | | | |
| 2020 Primus GFS Gladstone Certificate. TII000032023-TII000032024 | | | |
| Sales Transactions for Gladstone | | | |
| Primus KEI Field Skone Certificate, 05/28/2020 to 05/27/2021. TII000032056-TII000032057 | | | |
| Ash 11 Primus Report. TII000034351-TII000034371 | | | |
| Primus Audit binder. TII000037978-TII000038000 | | | |
| Authenticating Declarations for Primus Records | | | |
| 2020 lot chart. TII000017723-TII000017723 | | | |
| GPS Field Locations TII000019908-TII000019923 | | | |
| Ranch 3 Site Map. TII000032256-TII000032256 | | | |
| Ranch 3 Map TII000032262-TII000032262 | | | |
| Ranch 3 Operations Map TII000032263-TII000032263 | | | |
| Field crop history. TII000032323-TII000032323 | | | |
| 2023.05.05 Medical - Oregon Health Authority M. Peterson TII000046073-TII000046101 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production - CA DPH Report NLOPLAINTIFFS00454-NLOPLAINTIFFS00460 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production - | | | |

| | | | |
|---|---|---|---|
| Canadian Recall List NLOPLAINTIFFS00418-NLOPLAINTIFFS00438 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production - FDA Report NLOPLAINTIFFS00439-NLOPLAINTIFFS00453 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production - NLOPLAINTIFFS00461-NLOPLAINTIFFS00626 | | | |
| 2023.07.18 Medical - Washington State Department of Health PETERSON TII00049014-TII000051026 | | | |
| 2023.12.20 Medical M. Peterson - CDC TII00067213 | | | |
| 2023.03.30 Medical - Denver Endoscopy Center STRUB TII000042542 | | | |
| 2023.03.30 Medical - Denver Endoscopy Center STRUB TII000042543 | | | |
| 2023.03.30 Medical - Denver Gisestive Health Specialist STRUB TII000042453 | | | |
| 2023.03.30 Medical - Kaiser Colorado STRUB TII000042642 | | | |
| 2023.03.30 Medical - Kaiser STRUB TII000042609 | | | |
| 2023.03.30 Medical - Kaiser STRUB TII000043126 | | | |
| 2023.03.30 Medical - UCHealth STRUB TII000043147 | | | |
| 2023.03.30 Medical - UCHelath STRUB TII000043146 | | | |
| 2023.05.05 Medical - Colorado Department of Public Health and Environment STRUB TII000045768 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production-CA DPH Report 454-460 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production- | | | |

| | | | |
|---|---|---|---|
| Canadian Recall List 418-438 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production-FDA Report 439-453 | | | |
| 2023.05.05 Plaintiffs' Supplemental Production- NLOPLAINTIFFS00461- NLOPLAINTIFFS00626 | | | |
| 2023.07.18 Billing - Rose Surgery Center STRUB TII00047912 | | | |
| 2023.07.18 Medical - CORE STRUB TII00047677 | | | |
| 2023.07.18 Medical - Rose Surgery Center STRUB TII00047843 | | | |
| 2023.07.18 Medical - Saint Joseph Hospital STRUB TII00047913 | | | |
| 2024.01.05 SUPL Production - STRUB000808 | | | |
| 2024.01.05 SUPL Production - STRUB809 - 23- 01049_LineList | | | |
| 2024.01.05 SUPL Production - STRUB810 - 23- 01049_NARMS-Database | | | |
| 2024.01.05 SUPL Production - STRUB811 - foia23_01049_linelist_highlight s | | | |
| 2024.02.19 SUPPLEMENTAL PRODUCTION STRUB000826-STRUB000919 | | | |
| Plaintiff Strub's Sallmonella isolate family tree | | | |
| 2020 Salmonella Newport isolate family tree | | | |
| 2023.03.30 Medical - Dr. Paul Podett Mountain View Family Prac- BARRY TII000043159 | | | |
| 2023.03.30 Medical - GoHealth BARRY TII000043506 | | | |
| 2023.03.30 Medical - Legacy MT Hood Medical Center BARRY TII000043584 | | | |

| | | | |
|---|---|---|---|
| 2023.03.30 Medical - Legacy MT Hood Medical Center BARRY TII000043588 | | | |
| 2023.07.18 Medical - Center for Mens and Womens Urology BARRY TII00047465 | | | |
| Northwest Acute Care Specialists PC-Statement BARRY000621 | | | |
| 2022.12.20 Medical Lori Davies - Northwest Rheumatology Assoc. TII00067231 | | | |
| 2023.03.30 Medical - Northwest Surgical Specialist PC DAVIES TII000045016 | | | |
| 2023.03.30 Medical - Providence Health Services DAVIES TII000044965 | | | |
| 2023.03.30 Medical - Providence St Vincent Medical Center DAVIES TII000043640 | | | |
| 2023.03.30 Medical - Rebound DAVIES TII000045027 | | | |
| 2023.03.30 Medical - TRG LLC DAVIES TII000045480 | | | |
| 2023.05.05 Medical - NW Dermatology Institute DAVIES TII000046001 | | | |
| 2023.05.05 Medical - Oregon Health Authority DAVIES TII000046054 | | | |
| 2023.05.05 Medical - Washington County Health and Human Services Department DAVIES TII000046102 | | | |
| 2023.07.18 Medical - Allergy Asthma and Dermatology Assoc DAVIES TII00047439 | | | |
| 2023.12.20 Medical Lori Davies - Biolounge Nutrition TII00067223 | | | |
| 2023.12.20 Medical Lori Davies - CDC TII00067158 | | | |
| 2024.01.08 Medical Lori Davies - The Oregon Clinic Center for Adv Surgery | | | |

56

| | | | |
|---|---|---|---|
| TII000067277-TII000067295 | | | |
| 2024.01.31 Medical-Billing Phoebe Rich Dermatology - L. Davies TII00067480 | | | |
| 2024.02.10 Billing - Northwest Rheumatolog Ass. L. Davies-TII000067762 | | | |
| 2024.02.13 Medical-Billing Inner Gate Health and Wellness CA1153452004v0 L. Davies-TII000067763 | | | |
| 2024.02.14 Medical-Billing Restore Hyper Wellness CA1153452001v0 L. Davies-TII000067776 | | | |
| 2024.02.19 Medical-Billing Oregon Clinic Providence Portland TII000067815 | | | |
| 2024.02.23 Medical-Billing Julie Decker Lymphatics CA1153452003v0 TII00068789 | | | |
| 2024.02.26 Medical-Billing Northwest Woman's Clinic CA1153931001v0 L. Davies TII00068811 | | | |
| 2023.10.25 Medical - Alberta Health Services KLAM TII000063548 | | | |
| 2023.10.25 Medical - Dr. Gaunt KLAM TII000063602 | | | |
| 2023.10.25 Medical - Public Health Agency of Canada KLAM TII000063558.pdf | | | |
| 2023.12.20 Medical Lynneta Klam - Dennis N. Todoruk TII00067214 | | | |
| 2023.12.20 Medical Lynneta Klam - Dr. John Ellis TII00067159 PRODUCED | | | |
| 2022.12.01 Plaintiff's Production - FLODING00001 LineListofMTCases FlodingCaseHighlighted (1063837.1) | | | |
| 2022.12.01 Plaintiff's Production - FLODING00002 | | | |

| | | | |
|---|---|---|---|
| Video from ER(1063838.1) | | | |
| 2023.05.05 Billing - Dr. John Bohler FLODING TII000045981 | | | |
| 2023.05.05 Billing - St. Peter's Hospital FLODING TII000046197 | | | |
| 2023.05.05 Medical - St. Peter's Hospital FLODING TII000046132 | | | |
| 2023.05.05 Medical - St. Peter's Hospital FLODING TII000046225 | | | |
| 2023.07.08 Medical - Monta Dept of PHHS FLODING TII00047030 | | | |
| 2023.07.18 Medical - FDA FLODING TII00047273 | | | |
| 2023.07.18 Medical - FLODING TII00047181 | | | |
| 2023.07.18 Medical - Jefferson County Health Dept FLODING TII00047207 | | | |
| 2023.10.25 Medical - Benefis Hospital Physician Services BENSON TII000063754 | | | |
| 2023.10.25 Medical - Great Falls Clinic BENSON TII000063846 | | | |
| 2023.10.25 Medical - Great Falls Clinic Lab Report BENSON TII000063657 | | | |
| 2023.10.25 Medical - Indian Family Health Clinic BENSON TII000063667 | | | |
| 2023.10.25 Medical - Indian Family Health Clinic BENSON TII000063828 | | | |
| 2020.07.21. Email from Jeff Vidanes to Michael Needham | | | |
| 2020.07.27. Email from Violet Lombard TII00075821 to TII00075826 | | | |
| 2020.07.28. Email from Jeff Vidanes to CDPH TII000077607 | | | |

| | | | |
|---|---|---|---|
| 2020.07.28. Email string with redactions from Jeff Vidanes | | | |
| 2020.07.29. Email from Brandon Adcock to Christian Bond 30b6CaliforniaCDPH-BrandonAdcock-PMK_12 | | | |
| 2020.07.29. Email from Lauren Edwards to Lisa Joseph and Lisa Hainstock, and CC to April Hunt and Jayne Holcomb, Subject "RE Uptick in Salmonella Cases," TII00075858- TII00075864 | | | |
| 2020.07.29. Email from Lisa Joseph TII00075610 to TII00075620 | | | |
| 2020.07.29. Email from Lauren Edwards TII00076029 to TII00076036 | | | |
| 2020.07.29. Email from Lauren Edwards to Lisa Hainstock TII00075936 to TII00075943 | | | |
| 2020.07.29. Email from Lisa Joseph to Lauren Edwards; Lisa Hainstock TII00075878 to TII00075887 | | | |
| 2020.07.29. Email from Lisa Joseph to Lisa Hainstock and Lauren Edwards TII00075621 to TII00075631 | | | |
| 2020.07.29. Email from Lisa Joseph to Lisa Hainstock and Lauren Edwards TII00075632 to TII00075641 | | | |
| 2020.07.29. Email from Lisa Hainstock to Lauren Edwards TII00075898 to TII00075902 | | | |
| 2020.07.29. Email from Lisa Joseph to Lauren Edwards and Lisa Hainstock TII00075667 to TII00075681 | | | |
| 2020.07.29. Email String from Lisa Joseph to MDARD TII00075610 to TII00075617 | | | |
| 2020.07.30. Email from Michael Needham to CDPH | | | |

| | | | |
|---|---|---|---|
| 2020.07.30. Public Health Notice: Outbreak of Salmonella infections linked to red onions imported from the United States TII00002941-2949 | | | |
| 2020.07.31. Email from Jeffrey Higa to CDPH | | | |
| 2020.07.31. Email from Jeff Vidanes, To Michael Needham, with CC to Brandon Adcock and Christian Bond 30b6CaliforniaCDPH-BrandonAdcock-PMK_13 | | | |
| 2020.07.31. Email from Michael Needham to Jane Reick, CC to Jeff Vidanes and Brandon Adcock 30b6CaliforniaCDPH-BrandonAdcock-PMK_14 | | | |
| 2020.07.31 Email string from Benson Yee to CDPH | | | |
| 2020.07.31. CDC Talking Points TII000056867 | | | |
| 2020.07.31. Meeting Invite from Mark Otto TII00075561 to TII00075563 | | | |
| 2020.07.31. Email from Danielle Donovan TII00076077 to TII00076080 | | | |
| 2020.08.05. Email from Lisa Joseph to Lisa Hainstock and Jayne Holcomb | | | |
| 2020.08.05. Email from Lisa Joseph to Lisa Hainstock TII00075608 to TII00075609 | | | |
| 2020.08.06. Email from Trevor Flint to Redacted Name. 30b6CaliforniaCDPH-BrandonAdcock-PMK_10 | | | |
| 2020.08.11. Email from Lisa Joseph to Lisa Hainstock TII00075599 to TII00075601 | | | |
| 2020.08.17. Katherine Arends to Lauren Edwards amd Sally Bidol TII00075760 to TII00075767 | | | |

60

| | | | |
|---|---|---|---|
| 2020.08.17. Email from Sally Bidol TII00075752 to TII00075759 | | | |
| 2020.08.20 Email from Redacted name to FDB-ERU (CDPH-FDB) 30b6CaliforniaCDPH-BrandonAdcock-PMK_9 | | | |
| 2020.09.08. Email from Michael Needham to Jane Reick 30b6CaliforniaCDPH-BrandonAdcock-PMK_15 | | | |
| Invest20009_Timeline_090920 30b6CaliforniaCDPH-BrandonAdcock-PMK_4 | | | |
| Invest20009_Timeline_090920 30b6CaliforniaCDPH-BrandonAdcock-PMK_5 | | | |
| Invest20009_Timeline_090920 30b6CaliforniaCDPH-BrandonAdcock-PMK_6 | | | |
| 2020.09.11. Meeting Invite organized by Stranjae Ivory TII00075566 to TII00075569 | | | |
| 2020.11.03. CORE Network Salmonella Incident Report and related documents- TII000061568 to TII00061733 | | | |
| Investigation Report 30b6CaliforniaCDPH-BrandonAdcock-PMK_1 | | | |
| California's Traceback Investigation 30b6CaliforniaCDPH-BrandonAdcock-PMK_8 | | | |
| Multistate Outbreak of Salmonella Newport Infections Linked to Onions, The California Investigation 30b6CaliforniaCDPH-BrandonAdcock-PMK_11 | | | |
| Laboratory Reports TII00050247-50279, TII00050335, TII00050354 | | | |
| Expert Report of Dr. Melvin N. Kramer Daniel Coto Stephen | | | |

| | | | |
|---|---|---|---|
| Blackwell and Supporting Exhibits | | | |
| Expert Report of Dr. Martin Wiedmann and Supporting Exhibits | | | |
| Expert Report of Dr. Jonathan C. Ellis and Supporting Exhibits | | | |
| Expert Report of Dr. Daniel J. Wallace and Supporting Exhibits | | | |
| Salmonella Newport 2007MLJJP-1 – Cilantro, Tomato, or Onion Suspect Product Flow Diagram DRAFT TII00069358-9f | | | |
| FDA documents obtained through FOIA | | | |
| Salmonella Newport/Red onion/Jul 2020 Traceback Investigation Summary | | | |
| Traceback diagram annotated by Marler firm | | | |
| Food Safety Investigation | | | |
| Multiprovincial cluster of Salmonella Newport in BC, AB, SK, MB, ON, QC, and PE | | | |
| 2007NewWGS1MP Final Investigation Summary, November 2020 | | | |
| Collection of Canadian records produced by Thomson, TII00068082 et seq. | | | |
| Multistate Outbreak of Salmonella Newport Associated with Onions – June to September 2020 Final Report September 2021 | | | |
| Collection of 458 pages of Montana public health records produced by plaintiff Floding. | | | |
| Salmonella Newport and Onions (2007MLJJP-1) Outbreak Investigation Report, January 2021 | | | |

| | | | |
|---|---|---|---|
| McCormic et al, Bi-national outbreak of Salmonella Newport infections linked to onions: the United States experience | | | |
| Alberta Health Services report July 20, 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta August 4, 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta August 5, 2020 | | | |
| Alberta Health Services report July 20, 2020 | | | |
| #2021-G-024 Food testing records | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta July 24, 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta July 28, 2020 | | | |
| Alberta Health Services report July 28, 2020 | | | |
| #2021-G-024 July 28, 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta July 29, 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta July 30, 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta July 31, 2020 | | | |
| Final Investigation Summary, November 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta July 20, 2020 | | | |
| 2020EI2986: MultiZone Salmonella outbreak in Alberta Sept 9, 2020 | | | |
| Alberta Health Services report July 22, 2020 | | | |

| | | | |
|---|---|---|---|
| Email Havens to Evangeline August 3, 2020 | | | |
| Email Evanson to Havens August 3, 2020 | | | |
| Email Evanson to Havens August 3, 2020 | | | |
| Email Havens to Volkman August 4, 2020 | | | |
| Email Havens to Volkman August 4, 2020 | | | |
| Email Ebelt to Hinnenkamp August 5, 2020 | | | |
| Email Havens to Volkman July 22, 2020 | | | |
| Email Havens to Volkman July 23, 2020 | | | |
| Email Havens to Volkman July 23, 2020 | | | |
| Email Havens to Volkman July 23, 2020 | | | |
| Email Weisner to Hinnenkamp July 24, 2020 | | | |
| Email Havens to Volkman July 24, 2020 | | | |
| Email Havens to Volkman July 24, 2020 | | | |
| Email Havens to Pearson July 28, 2020 | | | |
| Email Havens to Volkman July 28, 2020 | | | |
| Email Havens to Pearson July 28, 2020 | | | |
| Email Havens to Hinnenkamp July 29, 2020 | | | |
| Email Havens to Ftalbot July 29, 2020 | | | |
| Email Taylor to Boyd October 2, 2020 | | | |
| Alberta Health email October 19, 2020 | | | |
| Email Pereira to Otto August 1, 2020 | | | |
| Summary of S. Newport event — prepared for industry partner teleconferences July 31, 2020 | | | |

| | | | |
|---|---|---|---|
| Email Leftwich to Marcynuk July 30, 2020 | | | |
| Email Cheng to many July 30, 2020 | | | |
| July 30, 2020 Media Lines | | | |
| Email Nadon to Christianson July 29, 2020 | | | |
| Hexemer to Alberta Health July 28, 2020 | | | |
| Email Christianson to Trout July 22, 2020 | | | |
| Haywood to Honish July 27, 2020 | | | |
| Salmonella Newport — 2007NewWGS-1MP investigation Epidemiologic Summary- July 27, 2020 | | | |
| Isaac to Enteric outbreak July 27, 2020 | | | |
| Mah to Hexemer July 28, 2020 | | | |
| Epid to Haywood July 27, 2020 | | | |
| Hexemer to Haywood July 25, 2020 | | | |
| Cheng to AHEZ July 25, 2020 | | | |
| Email Nichani to Nadon July 24, 2020 | | | |
| Email Nichani to Nadon July 24, 2020 | | | |
| Email Boyd to Enteric Outbreak July 24, 2020 | | | |
| Haywood to OFSR July 23, 2020 | | | |
| Email Taylor to Hexemer July 23, 2020 | | | |
| Email Chui to Kearney July 22, 2020 | | | |
| Email Christianson to Trout July 22, 2020 | | | |
| Email Honish to Enteric Outbreak July 23, 2020 | | | |
| July 17, 2020-El-2986: Multi-Zone Salmonella outbreak in Alberta, senior's care facilities | | | |

| | | | |
|---|---|---|---|
| Salmonella Newport — 2007NewWGS-1MP investigation Epidemiologic Summary- July 29, 2020 | | | |
| Salmonella Newport — 2007NewWGS-1MP investigation Epidemiologic Summary- August 19, 2020 | | | |
| Cheng to Honish August 12, 2020 | | | |
| Dumoulin to Hexemer August 4, 2020 | | | |
| Cheng to Dumoulin August 4, 2020 | | | |
| Cheng to Hexemer August 1, 2020 | | | |
| Todd to Martinez July 29, 2020 | | | |
| McCormic to Hinnenkemp August 10, 2020 | | | |
| FDA traceback summary Salmonella Newport/Red onion/Jul2020 | | | |
| FDA FOIA response | | | |
| Email exchange covering FDA FOIA response | | | |
| PETERSON PH Records | | | |
| FLODING MT PH Records 459 – 482 | | | |
| DAVIES public health Records | | | |
| BC traceback diagram | | | |
| Kramer demonstrative "Traditional Foodborne Outbreak Investigation Diagram" | | | |
| Kramer demonstrative "Investigation Results Diagram" | | | |
| July 13 distribution timeline | | | |

| | | | |
|---|---|---|---|
| July 28, 2020 email Adcock to Vidanes TII00071288 | | | |
| August 12, 2020 email Sloan to FDB-ERU TII00071177 -80 | | | |
| August 4, 2020 email Adcock to Yuen TII00071260 | | | |
| July 30, 2020 email Adcock to Bond TII00071276 | | | |
| July 24, 2020 email Higa to Needham TII00071554 -7 | | | |
| September 14, 2020 Vidanes to: Bond TII00071277 | | | |
| July 30, 2020 email Yee to Needham TII00071571 - 2 | | | |