Lindsay Lien Amin (admitted PHV)
Nicolet Law Office, S.C.
517 2nd Street, Suite 205
Hudson, WI 54016
Tel: 715-245-2415
lindsay@nicoletlaw.com

Eric R. Gruber, SBN 262602
3626 Fair Oaks Blvd., Suite 100
Sacramento, CA 95864
Tel: 415-868-5297
Fax: 415-325-5905

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, SADIE FLODING, COLIN STRUB, JODY BARRY, TEISCHA BENSON, LYNNETTA KLAM, and LORI DAVIES,<br><br>Plaintiff(s),<br><br>v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, a California corporation; DOES 1-10, INCLUSIVE; and ROE ENTITIES 1-10, INCLUSIVE,<br><br>Defendant(s). | Case No.:   1:22-cv-00701 JLT-BAK (SKO)<br><br>**DECLARATION OF LINDSAY LIEN AMIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

I, Lindsay Lien Amin, declare as follows:

1. I represent the Plaintiffs in the above-referenced matter.

2. Defendant filed a declaration containing plaintiffs' dates of birth and Plaintiff Jody Barry's complete social security number.

3. When asked for a remedy, Defendant withdrew the declaration but did not respond whether they would be willing to pay for credit monitoring for Ms. Barry, as has been ordered by other federal courts.

4. The undersigned has frequently recovered settlements for food poisoning victims that are several times the value of a claimant's medical expenses, as medical expenses are only one part of a claim.

5. Attached hereto as Exhibit 1 is a true and correct copy of the report of Dr. Theodoros Kelesidis.

6. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Jody Barry taken December 21, 2023.

7. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Teischa Benson taken January 10, 2023.

8. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Lori Davies taken January 11, 2024.

9. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Sadie Floding taken January 17, 2024.

10. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Lynnetta Klam taken January 19, 2024.

11. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Matthew Peterson taken January 23, 2024.

12. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Colin Strub taken January 9, 2024.

13. Attached hereto as Exhibit 9 is a true and correct copy of the report of Dr. Scott Choi.

14. Attached hereto as Exhibit 10 is a true and correct copy of the Order Denying Def.'s Mtn. to Dismiss, *Angelo, et al., v. Thomson Int'l, Inc.*, 1:21-cv-01609-JLT-CDB, (U.S.D.C., E.D. Cal., Apr. 24, 2024.)

I declare under penalty of perjury under the laws of the State of Wisconsin that the foregoing is true and correct.

Executed on November 18, 2024, in Hudson, Wisconsin.

*/s/ Lindsay Lien Amin*

Lindsay Lien Amin (admitted PHV)
Nicolet Law Office, S.C.
517 2nd Street, Suite 205
Hudson, WI 54016
Tel: 715-245-2415
lindsay@nicoletlaw.com