# EXHIBIT 3

925-831-9029                                    emerickfinch@emerickfinch.com

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF CALIFORNIA

 3

 4   MATTHEW PETERSON, SADIE FLODING, )
     COLIN STRUB, CARSON BRENDA, JODY )
 5   BARRY, TEISCHA BENSON, LYNNETTA  )
     KLAM, and LORI DAVIES,           )
 6                                    )      CERTIFIED
                  Plaintiffs,         )      TRANSCRIPT
 7                                    )
              vs.                     )   No. 1:22-CV-00701
 8                                    )        JLT-CDB
     THOMSON INTERNATIONAL,           )
 9   INCORPORATED, a California       )
     corporation; DOES 1-10,          )
10   inclusive; and ROE ENTITIES 1-10,)
     inclusive,                       )
11                                    )
                  Defendants.         )
12   _____)

13

14

15

16        REMOTE DEPOSITION OF TEISCHA BENSON

17                  Pages 1 - 42

18            Wednesday, January 10, 2024

19

20

21

22

23   Stenographically and Remotely Reported By:
     Sarah Goekler, RMR, CRR, CCRR
24   CA CSR No. 13446

25   File No. 978332
```

1  Wednesday, January 10, 2024                    10:01 a.m.

2                       ---o0o---

3                    TEISCHA BENSON,

4      having first been remotely sworn by a Certified

5     Shorthand Reporter for the State of California, was

6              examined and testified as follows:

7                       EXAMINATION

8  BY MS. CHEN:

9       Q.   Good morning, Ms. Benson.  My name is

10  Helen Chen.  I represent defendant Thomson

11  International, Inc., in this case.

12           Could you please state your full name for the

13  record?

14       A.   Teischa Marie Benson.

15       Q.   What's your date of birth?

16       A.   7/30/88.

17       Q.   Do you have a preferred pronoun?

18       A.   No.

19       Q.   The oath which you have just taken is the same

20  oath you will take in a court of law.  The testimony

21  that you give today has the same force and effect as if

22  you are testifying in court.

23           The oath requires that you tell the truth, and

24  if you fail to do so, you can be subject to penalties

25  for perjury.  You must answer all of my questions

Page 13

1      A.   I think, like, other vegetables.  I'm not too
2  sure.
3      Q.   **What are you suing Thomson for?**
4           MS. LIEN:  Objection --
5           THE WITNESS:  The Salmonella outbreak.
6           MS. LIEN:  I was just going to object to the
7  foundation.
8           It's okay, Teischa.
9           THE WITNESS:  Do I say?
10  BY MS. CHEN:
11     Q.   **Yeah, go ahead with your testimony.**
12     A.   For getting Salmonella.
13     Q.   **When did you get Salmonella?**
14     A.   July of 2020.
15     Q.   **Who told you that you got Salmonella?**
16     A.   My hospital.
17     Q.   **Which hospital was -- yeah, go ahead.**
18     A.   Great Falls Clinic.
19     Q.   **When did you go to Great Falls Clinic?**
20     A.   When?
21     Q.   **Yeah.**
22     A.   I don't recall that date specifically.  I just
23  remember that it was in July.
24     Q.   **July of 2020?**
25     A.   Yes.

1   Q.   What prompted you to go to Great Falls Clinic
2   in July 2020?
3   A.   I was having really bad diarrhea, bad stomach
4   cramps that I couldn't -- that they just hurt really
5   bad, and I didn't feel like -- I felt something was
6   wrong, and so me and my husband -- well, actually my
7   husband made me go to the hospital because of how bad I
8   was feeling.  And so we went to the hospital, and they
9   just checked me there.
10  Q.   Did you go to the hospital the first day you
11  had diarrhea?
12  A.   Yes.  I believe so.
13  Q.   Do you remember whether that day was a weekday
14  or a weekend?
15  A.   It was a weekday.
16  Q.   When you say you had bad diarrhea, can you
17  describe to me how many diarrheas you had that day?
18  A.   All day, probably like six, seven, and it
19  was -- yeah.  Six or seven.
20  Q.   What did you do when you arrived in the
21  hospital?
22  A.   What did I do when I arrived?
23  Q.   Yes.
24  A.   Just checked in and let them know my symptoms.
25  Q.   Do you remember which doctor treated you?

```
 1         A.   No, I don't.
 2         Q.   Did you visit the hospital's emergency room,
 3   or did you just visit a regular clinic?
 4         A.   It was the emergency room.
 5         Q.   Did the doctor prescribe any tests for you?
 6         A.   Yes.
 7         Q.   Could you describe the test?
 8         A.   It was -- I don't know what they're called,
 9   but it was just that I needed to poop in a hat.
10         Q.   Anything else?
11         A.   And I think they ran a pee test on me and
12   maybe some blood work.
13         Q.   I cannot hear the first test.  They ran a what
14   test on you?
15         A.   A poop test.
16         Q.   Yes.  I heard that one.  And the next one is?
17         A.   I think they might have done a urine test on
18   me too and a blood test.
19         Q.   Did the result come back on that date?
20         A.   I don't remember.
21         Q.   Did the results ever come back?
22         A.   Yes, they did.  They -- yeah, they did come
23   back when I was there, and it came back positive for
24   Salmonella.
25         Q.   Which result came back positive for
```

1   Salmonella?
2       A.   The poop test.
3       Q.   Did the doctor prescribe any medications for
4   you?
5       A.   No.
6       Q.   Did you take any medications for diarrhea?
7       A.   I don't recall, no.
8       Q.   Did you take any medications for your illness
9   in July 2020?
10      A.   No.
11      Q.   How long were you in the hospital?
12      A.   Probably a few hours.
13      Q.   Who took you home after the hospital?
14      A.   My husband.
15      Q.   The day after you came back from hospital,
16  what happened?
17      A.   The day after?  I was still sick.  I just had
18  the diarrhea and the little -- my cramps subsided, and I
19  was sick still.
20      Q.   What about diarrhea on the second day?
21      A.   Yes, I had diarrhea still for the second day.
22  I don't think as much, but I did.
23      Q.   Did your symptoms resolve in July 2020?
24      A.   Yes.
25      Q.   How many days after your release from hospital

Case 1:22-cv-00701-JLT-CDB   Document 93-3   Filed 11/18/24   Page 8 of 8
925-831-9029                                            emerickfinch@emerickfinch.com
Page 37

```
 1  Great Falls Health Department is not Bowen Trystianson;
 2  right?
 3       A.   I don't think so, but I don't know.
 4       Q.   What did you tell Great Falls Health
 5  Department when they interviewed you?
 6       A.   I don't recall.  I think they just asked me
 7  questions, but I don't remember.
 8       Q.   What kind of question did they ask you?
 9       A.   Like where I've ate at, if I knew exactly,
10  like, what I ate, I think.  I think that was it.
11       Q.   Did you seek psychological care for your
12  illness in July 2020?
13       A.   No.
14       Q.   Are you seeking psychological care damages in
15  this lawsuit?
16       A.   No.
17       Q.   Are you seeking emotional distress damages in
18  this lawsuit?
19       A.   Yes.
20       Q.   Could you describe your emotional distress?
21       A.   Just that I was sick and I couldn't do the
22  activities that I normally did, and it was pretty
23  painful.
24       Q.   Did you seek any medical, psychological, or
25  psychiatric care for your emotional distress?
```