# EXHIBIT 4

Page 1

1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF CALIFORNIA

3

4    MATTHEW PETERSON, SADIE FLODING, )
     COLIN STRUB, CARSON BRENDA, JODY )
5    BARRY, TEISCHA BENSON, LYNNETTA  )
     KLAM, and LORI DAVIES,           )
6                                     )          **CERTIFIED**
                    Plaintiffs,       )          **TRANSCRIPT**
7                                     )
              vs.                     ) No. 1:22-CV-00701
8                                     )      JLT-CDB
     THOMSON INTERNATIONAL,           )
9    INCORPORATED, a California       )
     corporation; DOES 1-10,          )
10   inclusive; and ROE ENTITIES 1-10,)
     inclusive,                       )
11                                    )
                    Defendants.       )
12   _____)

13

14

15

16           REMOTE DEPOSITION OF LORI DAVIES

17                   Pages 1 - 124

18              Thursday, January 11, 2024

19

20

21

22

23   Stenographically and Remotely Reported By:
     Sarah Goekler, RMR, CRR, CCRR
24   CA CSR No. 13446

25   File No. 97833

Page 4

```
 1   Thursday, January 11, 2024              10:00 a.m.

 2                        ---o0o---

 3                      LORI DAVIES,

 4      having first been remotely sworn by a Certified

 5     Shorthand Reporter for the State of California, was

 6              examined and testified as follows:

 7                      EXAMINATION

 8   BY MS. CHEN:

 9       Q.   Ms. Davies, my name is Helen Chen.  I

10   represent defendant Thomson International, Inc.

11            Could you please state your full name for the

12   record?

13       A.   Yes.  Lori Passadore Davies.

14       Q.   What's your date of birth?

15       A.   April 4th, 1968.

16       Q.   How many times have you been deposed prior to

17   this deposition?

18       A.   Zero.  This is my first.

19       Q.   Ms. Davies, the oath which you have just taken

20   is the same oath that you would take in a court of law.

21   The testimony that you give today has the same force and

22   effect as if you were testifying in court.  The oath

23   requires that you tell the truth.  And if you fail to do

24   so, you could be subject to penalties for perjury.  You

25   must answer all of my questions honestly and directly.
```

925-831-9029                                         emerickfinch@emerickfinch.com

Page 20

1   you?

2       A.   I received fluids right away and I already had

3   been taking Advil or Tylenol.  I don't recall which.

4   I'm sure he administered more as the night went on.

5       Q.   Anything else he prescribed for you?

6       A.   No.  That evening they did -- that evening and

7   subsequent evenings they did give me blood thinners,

8   injections in my abdomen because they were suspecting

9   COVID and just being preventative for blood clogs.  My

10  legs ached severely.

11      Q.   How long did you stay in the hospital?

12      A.   I stayed two nights, three days, and they

13  wanted to keep me a third night, and I begged them to

14  let me go home.  I remember this.

15      Q.   Why did you want to go home?

16      A.   Because at that time they still thought they

17  were treating me for COVID, and I knew I could isolate

18  and be cared for at home, and I didn't like being in

19  that environment.

20      Q.   Did you feel better the second date you

21  were --

22      A.   No.

23      Q.   -- in the hospital?

24      A.   No.  I got worse every day.

25      Q.   Could you describe your symptoms the second

Page 21

1    day you were in the hospital?

2         A.    I maintained a very high fever between 101 and

3    103 the entire visit, even with medication.  I was up

4    using the bathroom with diarrhea and vomiting every 30

5    to 60 minutes.  I couldn't eat, I couldn't drink

6    anything without vomiting or having diarrhea right

7    after.  I was in extreme pain from my body aches and

8    fever.  I felt very, very sick, and nothing helped me

9    feel better.

10        **Q.    Did the doctor prescribe any antibiotics for**

11   **you?**

12        A.    They did not, not initially.

13        **Q.    On the third date you were in the hospital,**

14   **did the symptoms get better?**

15        A.    They did not.  I developed blood in my stool

16   that day.  My fever was still high, my heart rate was

17   still high, blood pressure low.  Pretty much maintained

18   that the entire time.

19             It wasn't until they started measuring my

20   output of urine and diarrhea to make sure I was getting

21   enough fluid that -- they did test my stool, and that's

22   when it came back positive for Salmonella and

23   administered antibiotics.

24        **Q.    What was your fever in the third day you were**

25   **in the hospital?**

925-831-9029                                    emerickfinch@emerickfinch.com

Page 22

1      A.   It was 101.

2      Q.   It was lower than the day before?

3      A.   Slightly lower.  It had ranged between 101 and

4  103 the whole time.

5      Q.   When did they give you a stool test?

6      A.   I don't know.

7      Q.   Were you given a stool test when you were in

8  the hospital?

9      A.   Yes.

10     Q.   When did the stool test result come back?

11     A.   It was late in the day on Sunday.  The

12  afternoon on Sunday.  So Day 2, correction, not Day 3,

13  Friday being Day 1.

14     Q.   Are you testifying that the result of the

15  stool test come back on the second day you were in the

16  hospital?

17     A.   Sunday.  I went in on Friday; it came back on

18  Sunday afternoon.

19     Q.   Sunday in July 2020 is July the 12th.

20     A.   I don't recall the exact dates.  I do recall

21  it was a Friday that I went to the hospital.

22     Q.   Friday in July 2020 -- that's the July

23  the 10th.

24     A.   Okay.  I don't have the exact dates.  I just

25  knew what day of the week it was.

925-831-9029                                                    emerickfinch@emerickfinch.com

1        Q.   Were you still in the hospital when the test

2   results came back?

3        A.   Yes, I was.

4        Q.   When were you released?

5        A.   I was released that evening, Sunday evening.

6        Q.   Do you know approximate time?

7        A.   I don't recall.  They gave me antibiotics, and

8   I took oral antibiotics home, I remember, and I was able

9   to be released before dinner.

10       Q.   Did they prescribe antibiotics for you after

11   the test result?

12       A.   They did.  I don't recall what they gave me.

13   I believe it was ciprofloxacin, but I can't be sure.

14       Q.   Who prescribed antibiotics for you at the

15   hospital?

16       A.   Who prescribed them?  Is that what you asked?

17       Q.   Yes.

18       A.   Dr. Kimberly, infectious disease doctor at

19   Providence.

20       Q.   What's the last name?

21       A.   It's a male.  And his name is Dr. Kimberly.

22       Q.   That's his -- Kimberly is his last name.  And

23   what's his first name?

24       A.   I don't know.

25       Q.   Did you take antibiotics that evening?

Page 24

```
 1        A.   I did.  I took them for seven days.  I believe
 2   seven days.  I think they gave me a course for 14 and
 3   said take for a minimum of seven.  I don't recall how
 4   long I took them.  A minimum of seven.
 5        Q.   Why did you stop taking antibiotics after
 6   seven days?
 7        A.   I did what the doctors told me to do.  That's
 8   why I quit.
 9        Q.   Did your symptoms subside after you took
10   antibiotics?
11        A.   Not for a while, no.  My fever did, my chills
12   did.  My bowels did not return to normal for a long
13   period of time, but the symptoms surrounding the fever
14   did.  I continued to vomit another week and feel
15   nauseous.  I remember that.
16        Q.   When you say "another week," that means a week
17   following your release from the hospital?
18        A.   Yes.
19        Q.   Could you describe for me your diarrhea
20   symptoms after you took antibiotics?
21        A.   My diarrhea continued for months, at least
22   two months.  Whenever I ate something, I would get
23   diarrhea.  My stomach did not tolerate food for a long
24   time.
25        Q.   Was your diarrhea different from before you
```

Page 25

1    took antibiotics?

2        A.   I don't remember what it was like.  I don't

3    remember.

4        **Q.   Isn't it true that all of your symptoms have**

5    **subsided a week after the release from the hospital**

6    **other than diarrhea?**

7              MS. LIEN:  Objection.  Foundation.

8              Go ahead, Lori.

9              THE WITNESS:  I still believe I deal with

10   symptoms from that Salmonella event today -- with my

11   stomach.

12   BY MS. CHEN:

13       **Q.   That's my question to you.  Other than**

14   **diarrhea --**

15       A.   No.  No, they did not stop.

16       **Q.   Let's talk about fever.  When did your fever**

17   **stop?**

18       A.   I don't recall the exact day.  I would say

19   within that week my fever was more normal -- back to

20   normal.  Maybe five days, four days.

21       **Q.   You mean within the week you were released**

22   **from the hospital; is that correct?**

23       A.   Yes.  Yes.

24       **Q.   What about your chills?**

25       A.   Could you repeat that?

Page 26

1      Q.   What about the chills?

2      A.   The chills?  My body remained chilled off and

3   on for a while.  I don't recall how long.  And the aches

4   remained for a while, the body aches.

5      Q.   When you say "for a while," could you give me

6   an approximate time frame?

7      A.   I remember I went to see my doctor again

8   because I still wasn't feeling well towards the end of

9   July or the beginning of August.  And at that time he

10  explained to me, in his opinion, the sepsis that I

11  suffered was going to be with me for a while, three to

12  four months, until my body felt better from the sepsis

13  Salmonella, as he called it.  I was tired, my bowels

14  were not normal, I felt feverish off and on.  I just

15  didn't feel well.

16     Q.   What's the name of the doctor who told you

17  that your sepsis would take a while to recover?

18     A.   Dr. Karl Kaluza.

19     Q.   Who diagnosed you with sepsis?

20     A.   The hospital.

21     Q.   Talking about the doctor.  Who?

22     A.   I don't know.  It was noted on my release

23  form, that I was treated for sepsis/Salmonella.

24     Q.   How did they treat you for sepsis at the

25  hospital?

Page 27

```
1        A.    I don't know.

2        Q.    What medication did they provide for you for

3   sepsis?

4        A.    I don't recall.

5        Q.    While you were in the hospital, did a doctor

6   prescribe any procedures or surgeries on you?

7        A.    Just the COVID testing.  It's my understanding

8   that they didn't realize it was Salmonella until Sunday,

9   and that's when they determined I was suffering with

10  sepsis from the Salmonella.  They had treated me

11  primarily for COVID, so that's why they didn't know

12  until that stool sample came back.  That's my

13  understanding.

14       Q.    You testified earlier that your vomiting

15  symptoms were resolved after a week you were released

16  from the hospital.  Is that correct?

17       A.    Correct.

18       Q.    What about abdominal pain?

19       A.    I had nausea for that week after I came home.

20  I did have some cramping with some diarrhea and when I

21  ate for a period of time.  I don't recall how long, but

22  I -- I do believe that's one of the things that brought

23  me back to Dr. Kaluza for a second visit:  Discomfort,

24  abdominal discomfort.

25       Q.    Did your nausea symptoms resolve within a week
```

Page 28

1    you were released from the hospital?

2         A.    The vomiting resolved.  Nausea came and went

3    for a while.

4         Q.    When you say "for a while," can you give me a

5    time frame?

6         A.    I don't remember.

7         Q.    Do you still have nausea in August 2020?

8         A.    I don't remember that.

9         Q.    Do you still have nausea September 2020?

10        A.    I do not remember.

11        Q.    Did your nausea symptoms resolve in 2020?

12        A.    I do not remember.

13        Q.    Did your nausea symptoms resolve in 2021?

14        A.    In 2021 I went back to the doctor for

15   suspicion of SIBO, which I feel is a result of my

16   stomach-borne illness.  And I was experiencing diarrhea,

17   nausea, bloating, and discomfort.

18        Q.    Which doctor did you see in 2021 for SIBO?

19        A.    I saw my doctor, Karl Kaluza, and I saw a

20   functional medicine practitioner.

21        Q.    What's the name of the functional medical

22   practitioner?

23        A.    Megan Barnett, B-A-R-N-E-T-T.  Megan.

24        Q.    Is Ms. Barnett a doctor?

25        A.    She's not.  She's a practitioner.

1    fuller or thinner than the average woman your age.

2           Do you understand that?

3      A.   Sure.

4      Q.   Let's go back to my nausea questions.

5      A.   Okay.

6      Q.   Did your nausea symptoms resolve in 2022?

7      A.   I still today deal with nausea, so no.

8      Q.   Are you claiming you had to buy a wig for you

9    as a result of a Salmonella illness?

10     A.   Could you repeat that question?

11     Q.   Are you claiming you had to buy a wig for

12   yourself as a result of your Salmonella symptom?

13     A.   I did buy a hair topper when I was beginning

14   to lose hair, yes.  I was losing hair in this front

15   section and on the side, so the top wasn't as full as I

16   like.

17     Q.   As far as I can tell from the Zoom screen,

18   your hair looks fuller than any of the other three women

19   on Zoom today.

20           MS. LIEN:  Object to the form of the question.

21   Argumentative.

22           And, frankly, a little offensive, Helen.

23           THE WITNESS:  I know.  Thank you for the

24   compliment.

25   ///

Page 35

1      A.   Dirty dishwater blonde is what they've always

2   called it.

3      **Q.   What did you highlight with?**

4      A.   What did I highlight with?  I go to the salon,

5   and she uses a formula.  I'm not aware of what it is.

6      **Q.   What's the color of your highlight?**

7      A.   It's a darker blonde.

8      **Q.   Darker blonde in your natural hair?**

9      A.   There is blonde in my natural hair, yes.

10     **Q.   Describe to me your symptoms of diarrhea in**

11  **August of 2020.**

12     A.   I still had loose stools when I ate for at

13  least the month of August and into September.

14     **Q.   How many times a day do you have loose stools?**

15     A.   I don't remember how many times.  All the

16  time.  I never had a normal bowel movement for at least

17  August and possibly September.

18     **Q.   What were your bowel movements like in June?**

19     A.   Very loose.  They were very loose, and they

20  came more frequently than -- I was normal one day before

21  the Salmonella, one time a day.  And I would say most of

22  the time I ate something I would have a loose stool

23  multiple times a day.

24     **Q.   You had loose stools multiple times a day when**

25  **you ate in June 2020?**

```
 1        A.   No.  I wasn't -- I got sick in July 2020.
 2        Q.   No.  What --
 3        A.   This was in August and September 2020 --
 4        Q.   What I was asking --
 5        A.   -- is what I was referencing.
 6        Q.   You need to listen to my question and do not
 7   answer my question until I'm done with my question.
 8             What I was asking you was what were your bowel
 9   movements like in June 2020?
10        A.   One time a day, very normal.
11        Q.   You testified you had loose stool multiple
12   times a day.  When was that?
13        A.   August, July 2020.
14        Q.   When you say "multiple times," how many times
15   in July?
16        A.   Every day when I would eat, I would have loose
17   stools shortly thereafter.  My bowel movements were not
18   normal day-to-day at all.  Always loose, I would say,
19   two to three times a day every day.
20        Q.   What about your bowel movements in
21   September 2020?
22        A.   I think they were probably improving by
23   mid-September, early September.
24        Q.   Could you describe your bowel movements after
25   September 2020?
```

1    A.   After September 2020, I struggled with some

2  diarrhea, some constipation, bloating when I would eat,

3  gassiness.

4    **Q.   When you say "some diarrhea," could you**

5  **describe in detail?**

6    A.   My stools remained loose for a period of time.

7  I don't remember how many times or for how long.

8    **Q.   You testified earlier it was better in**

9  **September than in June -- than July and August 2020.  Is**

10 **that correct?**

11   A.   The diarrhea was better in September than July

12 and August, yes.

13   **Q.   Did you have less diarrhea a day after**

14 **mid-September 2020?**

15   A.   I don't remember.  Probably.

16   **Q.   Did you ever constipate before July 2020?**

17   A.   Could you repeat that, please?

18   **Q.   Did you ever constipate before July 2020?**

19   A.   I'm sure on occasion, yes.

20   **Q.   Describe your constipation symptoms in**

21 **July 2020.**

22   A.   I did not have any constipation in July 2020.

23   **Q.   Did you have constipation symptoms in**

24 **August 2020?**

25   A.   No, I did not.

Page 38

```
 1        Q.   How about September 2020?

 2        A.   I would say no.

 3        Q.   How about the rest of the months in 2020?

 4        A.   That's probably when that started happening:

 5   October, November, December, and thereafter.

 6        Q.   Could you describe for me your constipation

 7   symptoms during these months?

 8        A.   Bloating, cramping, pain, just the

 9   irregularity of using the bathroom, feeling gassy, I

10   suppose, full.

11        Q.   How frequent was your constipation, bloating,

12   and gassy symptoms in a day during those months?

13        A.   Regularly.  I regularly felt bloated and gassy

14   during those months --

15        Q.   Did you still --

16        A.   -- 2020.

17        Q.   Did you still have diarrhea symptoms in

18   those months?

19        A.   Not that I recall.

20        Q.   When did your diarrhea symptoms stop?

21        A.   I do not remember when they stopped.

22        Q.   But you just testified that you did not have

23   diarrhea symptoms from October to December 2020; is that

24   correct?

25        A.   I may have on occasion when I ate something,
```

1  but I do not remember that far back.

2      Q.   Did you have diarrhea symptoms in 2021?

3      A.   I'm sure I did on occasion, yes.  Both

4  constipation and diarrhea and the bloating.

5      Q.   When you say "on occasion," could you describe

6  in detail what does that mean?

7      A.   There was no predictability to my bowel

8  movements, is, I guess, what I'm trying to explain.

9  Some days it would be okay, and the next day it would be

10  loose stool or constipation.  I never had consistency.

11      Q.   Did you have breast implants after your breast

12  surgery?

13      A.   I did.

14      Q.   When did you have breast implants?

15      A.   When did I have them?  I had a double

16  mastectomy in 2013, May.  I was prophylactic.  There's a

17  strong family history of breast cancer, and I had had

18  indicators of early stage, and I reconstructed in the

19  fall of 2013, maybe winter.  I don't recall the month.

20      Q.   At any time after 4/20/14, did you have your

21  implants removed?

22      A.   Yes, I did.

23      Q.   When did you have your implants removed?

24      A.   I've had different sets of implants.  Are you

25  asking about permanent removal or switched?

Page 46

1        Q.    Did your mom lose hair after chemotherapy?

2        A.    She did.

3              MS. CHEN:  I think we can have a break for

4    ten minutes.  We'll be back at 11:57.  Actually -- yeah,

5    11:57.  How's that?

6              MS. LIEN:  That's fine.

7              THE WITNESS:  20 minutes?

8              MS. LIEN:  Do you want to do 20 or 10, Helen?

9              MS. CHEN:  Actually, 10.

10             MS. LIEN:  So 11:47?

11             MS. CHEN:  47.  Yes.  That's correct.  Thank

12   you.

13             (Break taken from 11:37 a.m. to 11:47 a.m.)

14   BY MS. CHEN:

15       Q.    Ms. Davies, do you understand that you're

16   still under the oath?

17       A.    Yes.

18       Q.    Did you seek treatment from a rheumatologist?

19       A.    I was referred to a rheumatologist after being

20   released from the hospital because my ANA, which is my

21   inflammatory marker, had turned from negative to

22   positive, and my doctor wanted me to be seen by a

23   rheumatologist for care.

24       Q.    Who referred you to a rheumatologist?

25       A.    I went to Dr. Mollie Thompson.

1      Q.    I'm asking who referred you to --

2      A.    Dr. Karl Kaluza.

3      Q.    Did Dr. Kaluza refer you to any other doctors?

4      A.    Not at that time.  He recommended the

5   rheumatologist.

6      Q.    Did you see Dr. Thompson?

7      A.    Yes.

8      Q.    When was the first time you saw Dr. Thompson?

9      A.    I do not remember the date.

10      Q.    Do you remember the year you saw Dr. Thompson?

11      A.    It was -- I don't remember the year, but I

12   would think it was in the same year as my Salmonella in

13   2020.

14      Q.    What's Dr. Thompson's diagnosis when you saw

15   him?

16      A.    She's a female, and I don't recall her giving

17   me a diagnosis.  We talked about my inflammatory markers

18   and what that meant when an ANA moves from negative to

19   positive, but I don't recall the rest of the

20   conversation.

21      Q.    Did Dr. Thompson prescribe any medications for

22   you?

23      A.    I do not recall she did.  I do not recall.

24      Q.    Did she prescribe any tests for you?

25      A.    I do not recall.

925-831-9029                                    emerickfinch@emerickfinch.com

Page 55

```
 1       A.   I have vascular insufficiency in my lower
 2   legs.
 3       Q.   Is Dr. Perez affiliated with Providence
 4   Hospital?
 5       A.   Yes, he is.
 6       Q.   Did Dr. Perez tell you that your illness was
 7   caused by Salmonella?
 8       A.   No, he did not.
 9       Q.   Who is Dr. Kursteen Price?
10       A.   She is an immunologist and allergist.  I was
11   referred to her from Megan Barnett at the BioLounge.
12       Q.   What did you see Dr. Price for?
13       A.    I was told that my gut health was compromised
14   and that I may have what's termed mast cell activation,
15   which can be caused from an event, and I went to
16   Dr. Price for a consult.
17       Q.   Did Dr. Price give you any diagnosis?
18       A.   She treated me for mast cell activation with
19   two medications.  I only recall one of them; I don't
20   remember the name of the other.  One was ketotifen.
21       Q.   Did you take the medication?
22       A.   I did take that medication.
23       Q.   Did you take --
24       A.   Yes, I took -- I took both.
25       Q.   Did Dr. Price tell you that your illness was
```

1    caused by Salmonella?

2         A.    No, she did not.  She did imply that sepsis

3    could have been a cause for a condition such as mast

4    cell activation.

5         Q.    Did you ever see Dr. Emma Ellsworth?

6         A.    Emma Ellsworth.  Yes, I did.

7         Q.    What did you see her for?

8         A.    I saw her in an attempt to heal my body of

9    multiple issues I was experiencing after the Salmonella.

10   We tried acupuncture, and it didn't work for me because

11   I had an allergic reaction to the needles, a histamine

12   reaction from the treatment.

13        Q.    When did you see Dr. Emma Ellsworth?

14        A.    I do not recall when I saw her.

15        Q.    How many times did you see her?

16        A.    Approximately four to six times.  I don't

17   remember exactly.

18        Q.    Did Dr. Ellsworth tell you that your symptoms

19   were caused by Salmonella?

20        A.    No, she didn't.

21        Q.    When was the last time you saw Dr. Ellsworth?

22        A.    18 months ago, two years ago.  18 months.  I

23   don't recall.

24        Q.    Who is Julie Decker?

25        A.    Julie Decker is a lymphatics provider.  She's

Page 57

1   not a doctor.

2          Q.    Is she massage therapist?

3          A.    She is more than a massage therapist.  She

4   works with patients with lymphedema, lymphatic issues,

5   stagnancy.  I was recommended to her by my primary care

6   physician.

7          Q.    Did Dr. Kaluza recommend you to Ms. Decker for

8   your Salmonella symptoms?

9          A.    I was having a lot of stagnancy in my

10  lymphatic system, specifically in my abdomen area, and I

11  went to her for six months, maybe nine months, to try to

12  get movement in my lymphatic system.

13         Q.    What did she do for you?

14         A.    She would do manual lymphatic drainage

15  techniques as well as radiofrequency drainage

16  techniques, pushing the lymphatic fluid.

17         Q.    When was the first time you saw Ms. Decker?

18         A.    I do not remember.

19         Q.    How many times did you see her?

20         A.    I think I saw her for a period of six to

21  nine months.  I probably saw her 10 to 15 times

22  approximately.

23         Q.    When was the last time you saw her?

24         A.    Maybe a little over a year ago, a little more.

25         Q.    Did Ms. Decker ever tell you that your

Page 65

1    did you go back to him again?

2         A.    I see him regularly as my primary care

3    physician.

4         Q.    I'm talking about did you see him again for

5    the Salmonella illness after July 2020?

6         A.    Yes.  He tested me for SIBO, which I feel is

7    directly related to my Salmonella poisoning.

8         Q.    When did he test you for SIBO?

9         A.    I don't remember the month.  It was the

10   following year most likely.

11        Q.    Could you spell --

12        A.    I do not remember the date.

13        Q.    Could you spell SIBO for me?

14        A.    S-I-B-O.  It's short for small intestinal

15   bacterial overgrowth.

16        Q.    Did Dr. Kaluza tell that you your SIBO

17   symptoms were caused by Salmonella?

18        A.    Yes.  He did imply that that was the cause of

19   it.

20        Q.    It's different from imply or state.

21              Did he state in certainty that your SIBO

22   symptoms were caused by Salmonella?

23              MS. LIEN:  Objection --

24              THE WITNESS:  I do not recall if he said that.

25   ///

Page 66

1    BY MS. CHEN:

2         Q.    And then when you say he "implied," what do

3    you mean?

4         A.    We talked at length about my Salmonella and

5    sepsis and what that can do to a body and the recovery

6    and that SIBO can be a direct relation to an illness

7    like that and that it is very hard to eliminate from the

8    body.  That's what he has said to me.  And it tends to

9    reoccur.

10        Q.    How did he diagnose that you have SIBO?

11        A.    I did a test that was a breath test, which was

12   sent to a laboratory.

13        Q.    Did he prescribe any medications for you?

14        A.    Yes, he did.

15        Q.    What kind?

16        A.    It's an antibiotic named Xifaxan,

17   X-I-F-A-X-A-N.

18        Q.    Did you take the antibiotic?

19        A.    Yes, I did.

20        Q.    Did your SIBO symptoms resolve after you took

21   the antibiotic?

22        A.    No, they have not.

23        Q.    Do you still have SIBO symptoms?

24        A.    Yes, I do.

25        Q.    Are you still taking antibiotics?

Page 82

1    was septic while in the hospital from Salmonella.  And

2    when you become septic, your body has a systemic

3    reaction to the illness, and that's maybe why it's

4    taking me longer to recover and why other issues have

5    occurred.  That's my understanding from talking to

6    physicians.

7    BY MS. CHEN:

8         Q.   **As you sit here today, have your diarrhea**

9    **symptoms resolved?**

10        A.   I have loose stools on occasion.  I take

11   magnesium to help my bowels at this point on a daily

12   basis.

13        Q.   **Who told you to take magnesium?**

14        A.   I take magnesium every night.  I take the

15   brand label Pure.

16        Q.   **No.  Who told you to take magnesium?**

17        A.   I don't recall which doctor or doctors, but

18   they -- some or one suggested it may help --

19        Q.   **Did it help?**

20        A.   -- so I took it.

21             I still believe I have SIBO, so I don't know.

22        Q.   **When you say you still have SIBO, can you**

23   **describe for me?**

24        A.   Yes.  I still have a lot of bloating and

25   discomfort in just the abdominal area.  I'm gassy and

Page 83

1    it's discomfort.  And when I eat sometimes, I'm

2    constipated and sometimes I get diarrhea.  There's not

3    consistency with my bowels.

4        Q.   As you sit here today, have your nausea

5    symptoms completory resolved?

6        A.   I'm not nauseous right now.

7        Q.   I'm asking you have your nausea symptoms

8    completely resolved, as you sit here today?

9        A.   I don't know if my nausea that comes and goes

10   is from SIBO, Salmonella, or what I ate.  I occasionally

11   have nausea.

12       Q.   When you say "occasionally," how often is

13   that?

14       A.   Maybe a couple times a month, but my bloating

15   is every day.  Any time I eat, I have a descended

16   abdomen and bloating.

17       Q.   As you sit here today, has the vomit symptom

18   resolved?

19       A.   Yes.

20       Q.   As you sit here today, has your chill symptoms

21   resolved?

22       A.   Yes.

23       Q.   Did you seek treatment caused by Salmonella

24   from Dr. Rosario Bonafede?

25       A.   I don't know the name of that doctor.

Page 112

1    trouble with them, but it's the reason I remove them.

2        **Q.   Are you seeking psychological care damages in**

3    **this lawsuit?**

4        A.   No, I'm not.

5        **Q.   Are you seeking emotional distress damages in**

6    **this lawsuit?**

7        A.   I am not.  Any of my counseling is unrelated

8    to this.

9        **Q.   I just want to confirm that you're not seeking**

10   **emotional distress damages as a result of your**

11   **Salmonella illness.  Is that correct?**

12           MS. LIEN:  Objection.  Foundation.

13           Go ahead, Lori.

14           THE WITNESS:  Well, I feel like I have

15   emotional distress, and I would like to receive damages,

16   but I have not sought mental healthcare for this at this

17   time.

18   BY MS. CHEN:

19       **Q.   Are you going to seek mental healthcare in the**

20   **future?**

21           MS. LIEN:  Same objection.

22           THE WITNESS:  I'm always open to mental

23   healthcare if I have the need.  Yes, I will, if I need

24   it.

25   ///

1   indicators that I was at risk and went through genetic

2   counseling [verbatim] to determine that overall risk.

3       Q.   It will be a year from now until trial.

4            Could you tell me what your emotional distress

5   symptoms are?

6            MS. LIEN:  Object to the form.

7            THE WITNESS:  I think about my overall health

8   every day and was a very healthy 52-year-old woman, very

9   active, very athletic, very strong, very fit.  And since

10  that time I feel that my gut health is extremely

11  compromised.  I'm just trying to find ways to feel

12  better.  I've bought too many supplements to count,

13  trying to have a healthy gut microbiome.

14  BY MS. CHEN:

15      Q.   Can you specify what you have bought?

16      A.   Probiotics.  Different probiotics.

17      Q.   Could you be more specific?

18      A.   You want to know the name of the probiotic?

19      Q.   Yes.

20      A.   I don't know how to pronounce it, so I will

21  spell it.  L-A-C-T-O-B-A-C-I-L-L-U-S, Gasseri,

22  G-A-S-S-E-R-I, is the one I currently use.

23      Q.   Did your doctors ever prescribe those

24  probiotics for you?

25      A.   No.

Page 116

1       Q.   You just did it on your own?

2       A.   Yes.

3       Q.   As you sit here today, have your emotional

4  distress symptoms resolved?

5       A.   I would say no.

6       Q.   Could you be more specific?

7       A.   As I just said, I think about it every day and

8  don't feel like the 52-year-old healthy woman I was

9  before this, and new things that occur in my health I

10 feel and believe are related to the inflammatory issues

11 that developed as a result of that issue and that

12 illness.

13      Q.   Who is Margo Passadore?

14      A.   That's my sister-in-law.

15      Q.   You listed her as a witness to your --

16      A.   Yes.

17      Q.   -- lawsuit?

18      A.   Yes.

19      Q.   What is she going to testify at trial?

20      A.   That she has seen me sick and struggling to

21 get better for years.

22      Q.   Who is Christie Post?

23      A.   She's a friend.

24      Q.   You listed her as a witness?

25      A.   Yes.