# EXHIBIT 6

925-831-9029                                                    emerickfinch@emerickfinch.com

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF CALIFORNIA

 3

 4   MATTHEW PETERSON, SADIE
     FLODING, COLIN STRUB, CARSON
 5   BRENDA, JODY BARRY, TEISCHA
     BENSON, LYNNETTA KLAM, and
 6   LORI DAVIES

 7              Plaintiffs,

 8   vs.                              No. 1:22-cv-00701 JLT-CDB

 9   THOMSON INTERNATIONAL,
     INCORPORATED, a California
10   corporation; DOES 1-10,
     INCLUSIVE; and ROE ENTITIES
11   1-10, INCLUSIVE,

12              Defendants.

13   _____/

14

15

16

17

18          REMOTE DEPOSITION OF LYNNETTA KLAM

19

20             Taken before LISA LOUNDAGIN

21             Certified Shorthand Reporter

22                   State of California

23                        CSR 9213

24                Friday, January 19, 2024

25
```

**CERTIFIED TRANSCRIPT**

925-831-9029                                            emerickfinch@emerickfinch.com

Page 3

1                REMOTE DEPOSITION OF LYNNETTA KLAM

2

3            BE IT REMEMBERED that pursuant to Notice of

4   Taking Deposition, and on Friday, January 19, 2024,

5   commencing at the hour of 10:03 a.m., via Zoom

6   videoconference, before me, LISA LOUNDAGIN, CSR No. 9213,

7   a Certified Shorthand Reporter in and for the State of

8   California, virtually appeared

9                         LYNNETTA KLAM,

10  produced as a Plaintiff in the above-entitled action, who

11  being by me first duly sworn, was thereupon examined as

12  a witness in said action.

13                          ---o0o---

14

15

16

17

18

19

20

21

22

23

24

25

1  Lindsay is my lawyer now.

2       Q    What are you suing Thomson for in this lawsuit?

3            MS. LIEN:  Objection.  Foundation.  Go ahead,
4  Lynnetta.

5            THE WITNESS:  I got really, really sick, really,
6  really sick, and I don't think I've ever totally
7  recovered.  So I guess I'm hoping for some kind of
8  compensation for that, the pain and suffering.

9            MS. CHEN:  Q.  Anything else?

10      A    No.

11      Q    Are you also suing Thomson in Canada?

12           MS. LIEN:  Objection.  Foundation.  Go ahead,
13 Lynnetta.

14           THE WITNESS:  No.

15           MS. CHEN:  Q.  Are you a member of a class
16 action lawsuit in Canada against my client?

17           MS. LIEN:  Same objection.  Whenever I object,
18 you can just answer.  There's no judge to decide so --

19           THE WITNESS:  Okay.  Not that I'm aware of.
20 Nobody has ever contacted me in Canada about a class
21 action suit here in Canada.

22           MS. CHEN:  Q.  Are you aware of a class action
23 lawsuit in Canada against my client?

24      A    I am not part of it.  If there's -- if that is
25 going on, I'm not aware.

Page 20

```
 1      Q   Who is Doris Klam?
 2      A   My mother.
 3      Q   What does your mother know about your damages?
 4      A   She knows that I was really sick, as well, yeah.
 5      Q   Anything else?
 6      A   No.
 7      Q   Could you tell me when you had sickness in July
 8   2020?
 9      A   Like what symptoms did I have?
10      Q   I was talking about the onset of your symptoms.
11   When did it start?
12      A   Oh, I think the 9th.  I was coming back from
13   Lacombe, and then the fever hit.  And that was when COVID
14   was really big, and I thought -- that was my thought is
15   that I had COVID.  But I pulled over to the side of the
16   road, and I actually considered calling an ambulance
17   'cause I was that -- like it just hit me really quick.
18          But because of the COVID, they -- they told me
19   not to go to the hospital, so I stayed at home and had a
20   fever of, like, 40 and diarrhea and -- for -- till,
21   finally, I went to the hospital in Leduc.
22      Q   I want to get the timeline straight.
23      A   Okay.
24      Q   When did you have the dinner with pizza with
25   your family?
```

1 these stomach pains and diarrhea, which didn't quite fit
2 with the COVID thing.  So I ended up calling my regular
3 doctor on the 14th, and he said, "I'm gonna call Leduc
4 Hospital and get them to make a bed for you.  You go there
5 right away."
6      Q    Did you pay any deductibles for your insurance
7 with Alberta Health Care?
8      A    Well, I know you -- like you're an American, and
9 it's a very different system.  But, no, here there is no
10 deductibles.  There is no -- you don't need extra
11 insurance.  We're just -- we -- Alberta Health Care's got
12 you, so it doesn't cost you anything.
13      Q    Do you have to pay out of pocket for any of your
14 medical bills?
15      A    No.  I have to pay for, like, if I get a
16 prescription, but, no, no, I -- not to go to the doctor or
17 go to the hospital, no.
18      Q    Did you pay for any prescriptions because of
19 your illness in this lawsuit?
20      A    I might have.
21      Q    Do you have receipts for the prescriptions?
22      A    Well, I always go to the same pharmacy, so they
23 might have a record of them.
24      Q    What's the name of the pharmacy you went to?
25      A    Shoppers Drug Mart on James Mowatt Trail.

925-831-9029                                              emerickfinch@emerickfinch.com

Page 25

```
 1   T3B 0B2.
 2       Q   When you say regular doctor, does that mean your
 3   family doctor?
 4       A   Yes.
 5       Q   Other than Dr. Lau and Dr. Gaunt, have you seen
 6   any other family doctors since July 2020?
 7       A   No.
 8       Q   Did you go to Leduc Hospital on July the 14th,
 9   2020?
10       A   I did.
11       Q   How'd you get there?
12       A   I drove myself, yeah.
13       Q   How long did you stay at Leduc Hospital?
14       A   I think it was a couple days.  I'm pretty sure.
15       Q   Did you go there on July the 14th?
16       A   Yes.
17       Q   Which doctor saw you at Leduc Hospital?
18       A   I don't remember, dear.
19       Q   Could you tell me what happened when you got to
20   the hospital?
21       A   Yeah, they quarantined me in a little room
22   before they could find me a bed, and then they just did
23   some tests on me and got an IV with some electrolytes or
24   whatever and just kind of stabilized me, yeah.
25       Q   What kind of tests did you end up getting?
```

1    A   Yeah.

2    **Q   Could you describe your diarrhea symptoms before**
3 **and after Leduc?**

4    A   It was a weird color.  It was, like, green.  I
5 don't know.  Yeah, it was just -- I don't know what to
6 tell you.  I mean, diarrhea is diarrhea.  Like loose
7 stool, not being able to control your bowel movements.  It
8 was a very off color.  It was, like, green.  I don't know
9 what else I can tell you.

**10   Q   I'm talking about your symptoms before and after**
**11 your Leduc stay.  What were the symptoms before your Leduc**
**12 stay?**

13   A   Well, I had diarrhea before my Leduc stay.  I
14 think it probably cleared up within a few days after I got
15 home, if I remember correctly.

**16   Q   Did you take any of the medications prescribed**
**17 by a doctor?**

18   A   Well, if they prescribed me something, I would
19 have taken it.  I'm a pretty good patient.

**20   Q   After Leduc did you seek medical treatment**
**21 again?**

22   A   Well, it seemed like my innards, like, had a
23 hard time sorting themselves out.  Like sometimes they'd
24 be good, and then sometimes not so good.  So I did request
25 to see a specialist, a gastroenterologist specialist, and

1  interesting but nothing really to explain the symptoms
2  that I was having.
3      Q   What did Dr. Todoruk say about your symptoms?
4      A   He suggested that I manage it with diet, which
5  I've been able to do pretty well.
6      Q   Did you change your diet?
7      A   Yeah.
8      Q   When you say you managed it pretty well, did you
9  say -- does that mean you managed the diarrhea pretty
10 well?
11     A   Well, it comes and goes.  So sometimes, you
12 know, I have bouts of it, and then sometimes I have
13 periods where I'm fine.
14     Q   Did you see Dr. Todoruk by telephone, or did you
15 see him in person?
16     A   Telephone.
17     Q   Did you ever meet Dr. Todoruk physically?
18     A   I did not, no.
19         MS. LIEN:  Helen, do you mind if we take a brief
20 restroom break?
21         MS. CHEN:  That's fine.  We'll be back at 11:12.
22         THE WITNESS:  Okay.
23         MS. LIEN:  Sounds good.
24         (Recess taken from 11:02 to 11:12 a.m.)
25         MS. CHEN:  Back on the record.

1  probably 18 months ago.

2    Q  Could you describe for me whether your symptoms
3  resolved at the end of 2020?

4    A  No, they're still -- I still deal with it.

5    Q  When you say you still deal with, can you
6  describe your symptoms now?

7    A  Yeah.  On January 6th I was visiting a family
8  member in the hospital, and on my way to my car I crapped
9  my pants.  So, yeah, it's a little bit funny, but it's
10 not.

11    Q  When you say January 6th, 2020 -- is it 2020 or
12 2024?

13    A  2024.

14    Q  How old are you now?

15    A  Sixty-five.

16    Q  Do people's digestive symptoms get worse when
17 they age?

18    A  I don't think my age has anything to do with it.

19    Q  Did any of your doctors attribute your current
20 symptoms to your Salmonella illness in 2020?

21    MS. LIEN:  Objection.  Foundation.  Go ahead,
22 Lynnetta.

23    THE WITNESS:  Well, Dr. Todoruk said that
24 Salmonella poisoning could have caused the symptoms that I
25 was experiencing.

```
 1      A    Yes.
 2      Q    Have you found the four pages of relevant
 3  documentation during the break?
 4      A    I did not, no.
 5      Q    What damages are you seeking in the lawsuit?
 6           MS. LIEN:  Objection.  Foundation.  Go ahead,
 7  Lynnetta.
 8           THE WITNESS:  Personally, if I could get some
 9  sort of compensation for pain and suffering, but even if I
10  don't get anything, if I can help make it -- make the
11  standards that we have for our food in our country a
12  little better, then I would consider a job well done.
13           MS. CHEN:  Q.  And when you say "in our
14  country," which country are you talking about?
15      A    Well, North America, okay.
16      Q    And there's more than one country in North
17  America.  Which country are you talking about?
18      A    This particular instance it was just Canada and
19  the United States so --
20      Q    Are you seeking psychological care damages in
21  this lawsuit?
22      A    No.
23      Q    Are you seeking emotional distress damages in
24  this lawsuit?
25           MS. LIEN:  Object to the form and foundation.
```

1  Go ahead, Lynnetta.

2          THE WITNESS:  Well, you asked me about stress a
3  while ago, and it's not always just, like, stress that's a
4  negative thing.  It could be stress that's a good thing.
5  But I missed a lot of my -- Ashley's son's first birthday.
6  Like I was -- we wanted to make it a really big deal
7  'cause we don't know how many birthdays he's gonna have,
8  and so I was working a few days ahead of time to prepare
9  and then travelled, but I spent a good bit of the day in
10 the basement in the bathroom.  So, yeah, that -- that was
11 emotionally distressful.

12         MS. CHEN:  Q.  How many children does Ashley
13 have?

14     A   Just the one son.

**15     Q   What's his birthday?**

16     A   June 30.  He's two and a half, so 2021 or 2022.
17 What is it?

**18     Q   But you had your Salmonella illness back in July**
**19 2020, right?**

20     A   He wasn't born yet.

**21     Q   And you did not have Salmonella illness in June**
**22 2022, right?**

23     A   Well, it's -- I have trouble with my bowels.
24 They come and -- it comes and goes.  And that's happened
25 for the last three and a half years, like whether it's

```
 1  Salmonella or not, but I didn't have it before.
 2       Q   Are you attributing your missing your grandson's
 3  birthday to Salmonella illness?
 4           MS. LIEN:  Objection.
 5           THE WITNESS:  Yes --
 6           MS. LIEN:  Foundation.
 7           THE WITNESS:  -- I think they're related.
 8           MS. CHEN:  Q.  Have you experienced emotional
 9  distress before July 2020?
10           MS. LIEN:  Object to the form.
11           THE WITNESS:  Life has stress, but I didn't miss
12  out 'cause I was crapping my drawers before July.  That
13  didn't happen.  Now it does on occasion.
14           MS. CHEN:  Q.  This is a yes/no question.  Did
15  you have emotional distress prior to July 2020.
16           MS. LIEN:  Object to the form.  Go ahead,
17  Lynnetta.
18           THE WITNESS:  Life has stress, yes.  Everybody
19  has stress.
20           MS. CHEN:  Q.  Again, I'm not looking for a
21  narrative.  I'm looking for a yes/no answer.
22           MS. LIEN:  She said yes.
23           MS. CHEN:  Well, she said life has stress, so I
24  don't know whether the life has stress corresponds to
25  emotional distress before July 2020 or not, so I want a
```

Page 84

1      Q    As you sit here, have your emotional distress
2  symptoms caused by Salmonella resolved?
3           MS. LIEN:  Objection.  Foundation.  Go ahead.
4           THE WITNESS:  Well, I don't think so.  That
5  would be great if they did, but I don't -- I don't have
6  evidence of that.
7           MS. CHEN:  Q.  As you sit here today, could you
8  list the emotional distress symptoms you have today?
9      A    Well, I don't know if it's emotional distress,
10 but it's -- it gets in the way of my life when I have to
11 be on the toilet, and I can't go out of my house 'cause I
12 need to stay close by, or when I'm out and about, and all
13 of a sudden something happens, and then I end up being
14 embarrassed.  I carry Depends in my car.  I carry paper
15 towels in my car.  But it's not depression.  It's just
16 frustrating.
17     **Q    I'll have five minutes to review my notes and be**
18 **back at 2:05.**
19     A    That's, like, in seven minutes?
20     **Q    Yeah, seven minutes.**
21     A    Okay, great.
22          (Recess taken from 1:59 to 2:04 p.m.)
23          MS. CHEN:  Back on the record.
24     **Q    Ms. Klam, did you seek treatment at Royal**
25 **Alexandra Hospital in July -- in August 2020 for**