# EXHIBIT 8

925-831-9029                                              emerickfinch@emerickfinch.com

Page 1

```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF CALIFORNIA

 3                            ---o0o---

 4    MATTHEW PETERSON, SADIE FLODING,
      COLIN STRUB, CARSON BRENDA, JODY
 5    BARRY, TEISCHA BENSON, LYNNETTA
      KLAM, and LORI DAVIES,
 6
                     Plaintiff(s),
 7         vs.                                Case No.
                                              1:22-cv-00701 JLT-CDB
 8
      THOMSON INTERNATIONAL,
 9    INCORPORATED, a California corporation;
      DOES 1-10, INCLUSIVE; and ROE
10    ENTITIES 1-10, INCLUSIVE,

11                   Defendant(s).
      _____/
12

13

14
                         REMOTE DEPOSITION OF
15
                             COLIN STRUB
16
                      Tuesday, January 9, 2024
17

18

19    REPORTED BY:

20    DEBRA J. SKAGGS, CSR 7857

21

22                       EMERICK AND FINCH
                    Certified Shorthand Reporters
23               18 Crow Canyon Court, Suite 125
                    San Ramon, California 94583
24                 emerickfinch@emerickfinch.com
                  (925) 831-9029   (800) 331-9029
25
```

**CERTIFIED TRANSCRIPT**

Page 4

1              BE IT REMEMBERED that, pursuant to Notice, and
2    on Tuesday, January 9, 2024, commencing at the hour of
3    10:04 A.M., thereof; in their respective locations via
4    Zoom, as noticed by the attorneys for the Defendants,
5    GREENAN, PEFFER, SALLANDER & LALLY LLP, 2000 Crow Canyon
6    Place, Suite 380, San Ramon, California, was before me,
7    DEBRA J. SKAGGS, CSR No. 7857, a Certified Shorthand
8    Reporter, State of California, remotely appeared.
9                         COLIN STRUB,
10   produced as a witness herein, in the above-entitled
11   action, who, being by me first remotely duly sworn or
12   having affirmed, was thereupon examined and testified as
13   a witness in said action.
14                          --o0o--
15                     (Witness sworn in.)
16                          --o0o--
17                         PROCEEDINGS
18           THE REPORTER:  Mr. Strub, will you state your
19   name and where you're located?  City and state.
20           THE WITNESS:  Colin Strub.  Denver, Colorado.
21           THE REPORTER:  Thank you.
22           And will the attorneys state their
23   appearances, and who they represent, and where they're
24   located, please.
25           ATTORNEY LIEN:  Lindsay Lien on behalf of

925-831-9029                                          emerickfinch@emerickfinch.com

Page 14

```
 1              THE WITNESS:  My wife has just been witness to
 2   the digestive issues that I -- and complications that
 3   I've had since testing positive for salmonella.
 4              ATTORNEY CHEN:  Q.  Anything else?
 5   A.         That she's witnessed?
 6   Q.         Yeah.
 7   A.         No.  I mean, she --
 8   Q.         Is she a witness to your damages in this
 9   lawsuit?
10   A.         Yeah, just -- I would just say the digestive
11   issues that I've had since testing positive for
12   salmonella.
13   Q.         You said that you tested positive for
14   salmonella.  What kind of symptoms did you have?
15   A.         Initially I was having abdominal discomfort
16   and pain.  Then I had diarrhea, bloatedness -- a lot of
17   diarrhea.  So just abdominal pain at the time; digestive
18   issues.
19              And then I found out I tested positive for
20   salmonella, so then I continued to experience those
21   issues, and then I've had lingering issues since.
22              So.  A lot of irregular bowel movements; a lot
23   of inconsistencies.  Constipation, bloatedness,
24   gassiness, diarrhea, abdominal discomfort.
25   Q.         When did the first -- symptoms first begin?
```

```
 1   antibiotic.
 2   Q.      Did you take any other medications for
 3   salmonella?
 4   A.      I don't believe so.
 5   Q.      Other than talking to your physicians, when
 6   was the second time you actually saw a physician after
 7   your initial visit with Dr. Schultz?
 8   A.      I don't recall when my follow-up was.
 9   Q.      Describe your diarrhea symptoms in June 2020.
10   A.      Just irregular diarrhea; kind of irregular
11   bowel movements with some abdominal discomfort and
12   bloating.  Very inconsistent bowel habits, I guess.
13   Q.      Were you working full-time in June 2020?
14   A.      Yeah -- yes.
15   Q.      How many days did you work?
16   A.      Five days a week.
17   Q.      How many hours a day?
18   A.      I believe it was 8:00 to 5:00.  I mean --
19   then -- you know.  When -- those are salaried hours, but
20   I, you know, would work extra hours occasionally.
21   Q.      And you didn't miss any work because of
22   salmonella in June 2020?
23   A.      Not outside of regular appoint- -- like, these
24   appointments or, you know, doing stool samples.  I don't
25   recall missing any additional time.
```

925-831-9029                                        emerickfinch@emerickfinch.com

Page 26

1  Q.        Did you miss any work in July 2020 because of
2  salmonella?
3  A.        I don't recall.  I don't -- again, it would
4  just be stepping out for these appointments.  So you
5  would be missing maybe an hour or two; a couple hour- --
6  you know, however long it takes you to get to the
7  appointment or pick up a stool sample kit, take the
8  stool sample, drop it off.  Those types of things.
9  Q.        But there was no salary reduction for
10 doctor appointments or tests; right?
11 A.        Correct.
12 Q.        And you are not an hourly employee; right?
13 A.        That's correct.  Salaried.
14 Q.        Did your diarrhea stop in June or July 2020?
15 A.        No.
16 Q.        Did the patterns change in July 2020?
17 A.        Really since then it's been very inconsistent
18 bowel movements.  You know, I -- I thought once the
19 salmonella was out that you would be done.  But I've had
20 diarrhea, bloating, constipation -- just a lot of
21 digestive issues still ongoing to this day.
22           So it -- I was expecting it to stop and it
23 just kind of kept going, which I was surprised by.
24 Q.        You testified earlier today that you had
25 abdominal pain and you sought treatment for abdominal

925-831-9029                                              emerickfinch@emerickfinch.com

Page 31

```
 1   Q.       What's the frequency of the bowel movements
 2   during the day?
 3   A.       Now or in June 2020?
 4   Q.       In June 2020 when you had salmonella.
 5   A.       I would have numerous bowel movements from
 6   what I recall.  I don't know how many.
 7            More than usual.
 8   Q.       What's the frequency in the day?
 9   A.       I don't recall.
10            Multiple.
11   Q.       When you say "multiple," what's the number you
12   put for multiple?
13   A.       I didn't count them.
14            Four or five.  I don't recall.  More.
15            I mean, it stood out to your normal everyday
16   bowel movements.
17   Q.       How long did you have multiple bowel movements
18   in June 2020?
19   A.       I don't recall how long it lasted.  Probably
20   as long as I was still testing positive for the
21   salmonella.
22   Q.       How long did you test positive for salmonella?
23   A.       I want to say roughly -- it took about --
24   approximately three weeks or so.  It was multiple tests.
25   Q.       Let's talk about the second week you had
```

Page 34

1  with any other medical conditions, that once you're

2  negative you're not going to see those symptoms ongoing.

3  But I continued, and I was surprised to ask about why --

4  you know -- I tried to get answers from the doctor

5  trying to figure out why I was still having, you know,

6  diarrhea, inconsistent bowel movements, flatulence,

7  bloatedness.  These were all things that were happening

8  very regularly, and continued, and a lot of these things

9  I'm still dealing with today.

10 **Q.        Did the symptoms ever get better?**

11 A.        No.  I mean, they're still unresolved.  I'm

12 still ongoing trying to make it better.  I've tried

13 multiple things to try to make them better.

14 **Q.        Did you have diarrhea yesterday?**

15 A.        Yesterday -- probably within -- a little runny

16 in the past couple days.

17 **Q.        How many bowel movements did you have**

18 **yesterday?**

19 A.        Two to three maybe.

20 **Q.        The day before?**

21 A.        I don't -- I don't know.  I'd have to go

22 check.  Or...

23 **Q.        The day before is Sunday, January 7, 2024.  Do**

24 **you remember how many bowel movements you had on that**

25 **date?**

1  when it was done and who my insurance provider was at
2  the time.
3  Q.        What was the reason that Dr. Kraus performed a
4  colonoscopy on you?
5  A.        The most recent one I did because -- which I
6  think was probably about a couple -- within a couple --
7  about a couple of years after my last one, and that was
8  done because I would still -- I was still having these
9  digestive issues.  At times, like, a constipation;
10 feeling bloated; not being able to have a bowel
11 movement; feeling like something was blocking my
12 digestive system.  And I wanted to be sure that there
13 was nothing else going on because I was getting really
14 concerned and, you know, I didn't know if this was,
15 like, a cancer thing or -- there just was something that
16 just has not seemed right, and I kind of wanted to do it
17 for peace of mind, just because my digestive system has
18 been very regular for many years, and it's just been --
19 it's just been tough.  Sometimes sitting for a long time
20 not being able to go, and then sometimes you're having
21 diarrhea -- multiple -- it's just -- it's just wanting
22 to make sure that there wasn't anything more serious
23 going on.
24 Q.        Are you working from home now, or do you work
25 in the office now?

1  anticipating that I will need to try to see if --
2  Q.        What kind of -- what kind of treatment did she
3  provide to you on the second visit?
4  A.        She also took a -- what is it -- I believe it
5  was an ultrasound.  Trying to measure I think the --
6  maybe the size of my rectum; and looking to do physical
7  therapy exercises; and kind of, like, manipulations with
8  those exercises to try to improve with my bowel
9  movements.  And she thought I could try taking, like, a
10 laxative, and then after the first appointment, kind of
11 try to just do, like, a MiraLAX cleanout of my bowels to
12 kind of start from a point after that to then start
13 working on these -- these exercises, and physical
14 therapy, and trying to see if I can, you know, work on
15 some things that she thought might be causing some of
16 my -- some of these issues.
17 Q.        Did your symptoms get better after the second
18 visit?
19 A.        I'm still going, so I don't think I'm better.
20 Q.        What kind of treatment did she provide to you
21 on the third visit?
22 A.        I don't -- I think a lot of -- or I think the
23 visits -- I don't know if I'm in number three or number
24 four.  I don't know.  But, I mean, I have done, like,
25 some stretching; done some, like, massage in the stomach

925-831-9029                                      emerickfinch@emerickfinch.com

Page 62

1    sometimes at work; sometimes at home: not able to go.
2    And you try again in an hour -- sometimes the same
3    result.  Sometimes, for whatever reason in 30 minutes,
4    then you're able to go.  I mean, the only thing
5    consistent, really, is the inconsistency of my bowel
6    movements.  It's just -- which is why I'm trying to --
7    try this other angle to try to see if I can make some
8    improvements to where at least I don't have to sit for a
9    while and I can actually just go.
10              Like, there is not a blockage, which was kind
11   of my concern and my wanting -- to try my last
12   colonoscopy because I was concerned that there -- there
13   just does feel like a block.  I mean, it's kind of like
14   a feeling, like, you've just had your Thanksgiving
15   dinner; you're very full; you know that you have to go.
16   And then you go and you sit, and for whatever reason
17   it's just not coming out.  So I'm trying to make it
18   where I can at least just go sit and have a bowel
19   movement without waiting so long.
20              So that's -- that's kind of my constipation
21   feeling.  It's -- you know, you feel like your stomach's
22   bloated and out, and you feel like you need to relieve
23   it.  And sometimes I feel like when you're not able to
24   relieve yourself, it just starts feeling a lot of
25   pressure inside; a little bit of bloatedness and

Page 119

1  bloatedness, gassiness; and then occasional -- with
2  constipation and occasional abdominal discomfort.
3  **Q.        I'm actually asking about your current**
4  **emotional distress symptoms caused by salmonella now.**
5  **           Do you have any emotional --**
6  A.        Emotional symptoms, I guess, are dealing with
7  the stress of not being able to have a bowel movement in
8  a timely manner and being gone from work for a while, or
9  not being able to take care of my kids because I'm
10 sitting on the toilet for a while.
11            So all the things that cause the stress
12 related to me not having a regular digestive system that
13 I used to have are stressful.  And -- yeah.
14 **Q.        I think we can take a break maybe till**
15 **3:00 o'clock, I guess.  3:00 o'clock Pacific time.**
16            ATTORNEY LIEN:  How much more do you have,
17 Helen?
18            ATTORNEY CHEN:  I don't have much -- not much
19 more, but I think I'll just take a break for Debra's
20 sake.  Because it's been more than an hour, and Debra
21 needs to take a break.
22            ATTORNEY LIEN:  Okay.
23            ATTORNEY CHEN:  Just 15 minutes.
24            THE REPORTER:  Off the record?
25            ATTORNEY CHEN:  Yes.