UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 1:22-cv-00701-JLT-CDB<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 102)<br><br>5-Day Deadline |

Pending before the Court is the notice and request to seal documents by Defendant Thomson International, Inc., filed (Doc. 102) and emailed to the undersigned's chambers on December 3, 2024, described as emails Defendant has withheld from production as protected by the attorney-client privilege.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's notice and request, sealing the documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. Given that redacted versions of the documents are available to the public (*see* Doc. 99-1) and were produced to Plaintiffs during discovery, the Court further finds that there are no additional alternatives to sealing the documents that would adequately protect the compelling interests identified by Defendant.

1  Accordingly, pursuant to Local Rule 141 and based upon the representations contained in Defendant's notice and request, IT IS HEREBY ORDERED that the emails provided to the Court in connection with Defendant's notice and request to seal on December 3, 2024, shall be SEALED until further order of this Court.

It is FURTHER ORDERED within five (5) days of the date of this Order, Defendant shall submit a copy of this Order, the request for sealing and the documents to be sealed (Defendant's unredacted emails) by email to the Operations Section of the Clerk of the Court:

ApprovedSealed@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **December 4, 2024**

UNITED STATES MAGISTRATE JUDGE