Lindsay Lien Amin, Esq. (PHV & SBN 359124)
  lindsay@nicoletlaw.com
NICOLET LAW OFFICE S.C.
517 Second Street, Suite 205
Hudson, WI 54016
Telephone:  1-855-NICOLET

and

Eric Gruber, Esq. (SBN 262602)
  eric@gruberlawgroup.com
GRUBER LAW GROUP
3626 Fair Oaks Boulevard, Suite 100
Sacramento, CA 95864
Telephone: 415.868.5297
Facsimile: 415.325.5905

Attorneys for Plaintiffs

Robert L. Sallander, Esq., (SBN 118352)
  rsallander@gpsllp.com
Helen H. Chen, Esq., (SBN 213150)
  hchen@gpsllp.com
Robert G. Seeds, Esq., (SBN 112026)
  rseeds@gpsllp.com
GREENAN, PEFFER, SALLANDER & LALLY LLP
2000 Crow Canyon Place, Suite 380
San Ramon, California 94583
Telephone:  (925) 866-1000
Facsimile:  (925) 830-8787

Attorneys for Defendant(s)
THOMSON INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, SADIE FLODING, COLIN STRUB, JODY BARRY, TEISCHA BENSON, LYNNETTA KLAM, and LORI DAVIES,<br><br>Plaintiff(s),<br><br>v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, a California corporation; | Case No.:  1:22-cv-00701 JLT-CDB<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Judge: Jennifer L. Thurston<br><br>Date Action Filed: June 10, 2022 |

DOES 1-10, INCLUSIVE; and ROE ENTITIES 1-10, INCLUSIVE,

Defendant(s).

Whereas the Court vacated the trial date of January 22, 2024 (Dkt. 110);

Whereas the parties were ordered to submit a stipulation to continue the trial and the pretrial deadlines (Dkt. 110);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties executing this stipulation, by and through their respective counsel of record, that in order to facilitate trial:

1. The deadline to file motions in limine is **October 2, 2025**.
2. The deadline to meet & confer on proposed jury instructions and proposed verdict form is **October 8, 2025**.
3. The deadline to file oppositions to motions in limine is **October 16, 2025**.
4. The deadline to file optional trial brief, proposed voir dire questions, agreed-upon jury instructions and verdict form, and proposed (disputed) jury instructions and proposed (disputed) verdict form is **October 21, 2025**.
5. The deadline to file responding brief to opposing party's trial brief is **October 28, 2025**.
6. The deadline to deliver three sets of exhibit binders to the Courtroom Clerk, and one set to the opposing counsel is no later than **4:00 pm., on October 29, 2025**.
7. The trial date shall start on **November 4, 2025**.
8. No other deadlines shall be impacted by this Stipulation.

IT IS SO STIPULATED.

**NICOLET LAW OFFICE S.C.**

Dated: January 7, 2025                By:_____
　　　　　　　　　　　　　　　　　　　　Lindsay Lien Amin (PHV)
　　　　　　　　　　　　　　　　　　　　517 Second Street, Suite 205
　　　　　　　　　　　　　　　　　　　　Hudson, WI 54016

2

|   |   |
|---|---|
|   | and |
|   | **GRUBER LAW GROUP** |
|   | Eric Gruber, Esq.<br>3626 Fair Oaks Boulevard, Suite 100<br>Sacramento, CA 95864<br>Attorneys for Plaintiffs |
|   | **GREENAN, PEFFER, SALLANDER & LALLY LLP** |
| Dated: January 7, 2025 | By: _____<br>Robert L. Sallander, Esq. SBN 118352<br>Helen H. Chen, Esq. SBN 213150<br>2000 Crow Canyon Place, Suite 380<br>P.O. Box 10<br>San Ramon, California 94583<br><br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated:   **January 7, 2025**                                  _/s/ Jennifer L. Thurston_
                                                                              UNITED STATES DISTRICT JUDGE