UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PETERSON, SADIE FLODING, COLIN STRUB, JODY BARRY, TEISCHA BENSON, LYNNETTA KLAM, and LORI DAVIES,<br><br>Plaintiff(s),<br><br>v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, a California corporation; DOES 1-10, INCLUSIVE; and ROE ENTITIES 1-10, INCLUSIVE,<br><br>Defendant(s). | Case No.: 1:22-cv-00701 JLT-CDB<br><br>**SECOND ORDER RESETTING TRIAL**<br><br>Judge: Jennifer L. Thurston<br><br>Date Action Filed:  June 10, 2022<br>Trial Date:            November 4, 2025 |

## ORDER

GOOD CAUSE APPEARING, the Court hereby continues the trial scheduled for November 4, 2025, and reschedules trial in this matter for **November 2, 2026**.

Additionally,

1. The deadline to file motions in limine is **October 2, 2026.**
2. The deadline to meet & confer on proposed jury instructions and proposed verdict form is **October 8, 2026.**
3. The deadline to file oppositions to motions in limine is **October 16, 2026.**
4. The deadline to file optional trial brief, proposed voir dire question, agreed-upon jury instructions and verdict form, and proposed (disputed) jury instructions and proposed (disputed) verdict form is **October 21, 2026.**
5. The deadline to file responding brief to opposing party's trial brief is **October 28, 2026.**
6. The deadline to deliver three sets of exhibit binders to the Courtroom Clerk, and one set to the opposing counsel is no later than **4:00 p.m., on October 29, 2026.**
7. The trial shall start on **November 2, 2026.**
8. No other deadlines shall be impacted by this Stipulation.

No other deadlines shall be impacted by this Order.

SO ORDERED THIS  1st   DAY OF  August        , 2025.

By: _____
THE HONORABLE JENNIFER THURSTON

STIPULATION TO CONTINUE TRIAL