Lindsay Lien Amin (PHV)
lindsay@nicoletlaw.com
NICOLET LAW OFFICE S.C.
517 Second Street, Suite 205
Hudson, WI 54016
Telephone: 1-855-NICOLET

and

Eric Gruber
eric@gruberlawgroup.com
GRUBER LAW GROUP
3626 Fair Oaks Boulevard, Suite 100
Sacramento, CA 95864
Phone: 415.868.5297
Fax: 415.325.5905

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW PETERSON, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>THOMSON INTERNATIONAL, INCORPORATED, et al.,<br><br>Defendant(s). | Case No.: 1:22-cv-00701 JLT-CDB<br><br>**[~~PROPOSED~~] ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT**<br>(Doc. 121) |

The Court has considered the plaintiffs' request to exceed the page limits in its motion related to the defense experts. The Court first observes that it appears unlikely that the issues cannot be addressed in 25 pages. Second, the Court reminds counsel of the dire judicial emergency that exists in this District and the fact that each day, the undersigned must address upwards of a dozen emergency motions related to immigration habeas corpus petitions. Thus, it lacks the resources to read briefs that fail to concisely and clearly set forth the dispute.

///

///

///

///

That being said, the Court will accept the representation that the brief at issue cannot fully discuss the topic within the current page limit. Consequently, the Court will **GRANT** the plaintiff's request (Doc. 121), but the motion **SHALL NOT** exceed 36 pages. **Counsel are advised that if the Court finds that the brief is not concisely written or it is not limited to the pertinent issues, the Court will not hesitate to strike all pages beyond the first 25.**

IT IS SO ORDERED.

Dated: _September 30, 2026_

UNITED STATES DISTRICT JUDGE